

Tulane
University

Tulane Environmental Law Clinic



EXHIBIT

A

July 1, 2008

*Reference No. 161-003*

**CERTIFIED MAIL**
**7003 3110 0004 6222 1657**
**RETURN RECEIPT REQUESTED**
Mr. Lynn G. Bourgeois, Refinery Manager
Murphy Oil U.S.A., Inc.
Meraux Refinery
P.O. Box 100
2500 E. St Bernard Highway
Meraux, LA 70075-2427

**CERTIFIED MAIL**
**7003 3110 0004 6222 1640**
**RETURN RECEIPT REQUESTED**
Mr. Stephen L. Johnson, Administrator
U.S. EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Avenue N.W.
Mail Code: 1101A
Washington, D.C. 20460

**CERTIFIED MAIL**
**7003 3110 0004 6222 1664**
**RETURN RECEIPT REQUESTED**
Dr. Harold Leggett, Secretary
Louisiana Department of Environmental
Quality
Office of the Secretary
P.O. Box 4301
Baton Rouge, LA 70821-4301

Re:     Notice of Violations and Intent to File Citizen Suit Against Murphy Oil
        U.S.A., Inc. Under the Clean Air Act, 42 U.S.C. § 7604 and the Louisiana
        Environmental Quality Act, La. Rev. Stat. §30:2026.

Dear Messrs. Cagel, Johnson, and Dr. Leggett:

    Concerned Citizens Around Murphy ("Concerned Citizens") provides Murphy Oil
U.S.A., Inc. with this notice of violations of Clean Air Act § 502; the Louisiana
Environmental Quality Act, La. Rev. Stat. §30:2057; and Louisiana Emission Control
Regulations, La. Admin. Code tit. 33, pt. III, §§ 501.C.4, 507.B.2, 905.A.  The

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 2 of 13

Concerned Citizens intend to file a citizen enforcement suit under Clean Air Act § 304 for these violations. The law requires us to provide advance notice of this lawsuit in part to give the parties an opportunity to try to resolve the issues raised in this notice without litigation. We would be pleased to use this time to explore a cooperative resolution of the violations we allege here.

Clean Air Act § 304 authorizes:

[A]ny person [to] commence a civil action on his own behalf against any person…who is alleged to have violated (if there is evidence that the alleged violation has been repeated) or to be in violation of (A) an emission standard or limitation under this chapter or (B) an order issued by the Administrator or a State with respect to such a standard or limitation.

42 U.S.C. § 7604(a)(1).

The Clean Air Act defines "emission standard or limitation" as:

(1) a schedule or timetable of compliance, emission limitation, standard of performance or emission standard…or (4) any other standard, limitation, or schedule established under any permit issued pursuant to subchapter V of this chapter or under any applicable State implementation plan approved by the Administrator, any permit term or condition, and any requirement to obtain a permit as a condition of operations.

42 U.S.C. § 7604(f).

In addition, the Concerned Citizens intend to file a citizen enforcement suit under the Louisiana Environmental Quality Act to enforce state violations. The Louisiana Environmental Quality Act authorizes "any person having an interest, which is or may be adversely affected, [to] commence a civil action on his own behalf against any person whom he alleges to be in violation of this Subtitle or of the regulations promulgated hereunder." La. Rev. Stat. § 30:2026A(1).

**Person Giving Notice:**

Concerned Citizens Around Murphy
2308 Despaux Drive
Chalmette, LA 70043
504-271-2805

Concerned Citizens Around Murphy is a non-profit, incorporated community organization that seeks to protect the health, safety, welfare and quality of life of this longstanding and important community and also to preserve their neighborhood's revitalization since Hurricane Katrina and the oil spill. The Concerned Citizens

accomplishes this by encouraging citizen participation and providing advocacy for all residents who are committed to return, rebuild and remain in St. Bernard Parish Louisiana.

**Concerned Citizens' Counsel:**

> Adam Babich, Director, SBN: 27177
> Corinne Van Dalen, Supervising Attorney, SBN: 21175
> Tulane Environmental Law Clinic
> 6329 Freret Street
> New Orleans, LA 70118
> Phone: (504) 862-8818
> Fax: (504) 862-8721

**Person Responsible for Alleged Violations:**

Murphy Oil U.S.A., Inc., as owner and operator of the Murphy Oil Refinery in Meraux, Louisiana is responsible for violations of Clean Air Act, 42 U.S.C. § 7661a(a); the Louisiana Environmental Quality Act, La. Rev. Stat. §30:2057; and Louisiana Emission Control Regulations, La. Admin. Code tit. 33, pt. III, §§ 501.C.4, 507.B.2, 905.A.

**Location of the Violations:**

Murphy Oil U.S.A., Inc. has committed these violations at the Murphy Oil Refinery located at 2500 E. St Bernard Highway, Meraux, LA 70075-2427.

**Dates of the Violations**

The violations began by at least the first date listed in the tables below (10/15/2003) and are ongoing.

**Description of Murphy Oil's Clean Air Act Violations:**

    A.    Murphy Oil's Title V Permit Emission Limit Violations.

Louisiana implements the Clean Air Act Title V program pursuant to its State Implementation Plan (SIP) which the EPA approved pursuant to Clean Air Act § 110. See 40 C.F.R. § 52.970. Clean Air Act § 502 and the Louisiana Title V permit operating program, La. Admin. Code, tit. 33, pt. III, §507.B.2, have at all relevant times made it unlawful for a person to violate Title V permit requirements.

Specifically, Clean Air Act § 502 provides: "[A]fter the effective date of a permit program approved or promulgated under this subchapter, it shall be unlawful for any person to violate any requirement of a permit issued under [Title V], or to operate ... a major source ... except in compliance with a permit issued by a permitting authority

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 4 of 13

under [Title V]." 42 U.S.C. § 7661a(a). The corresponding Louisiana regulation
provides: "Upon issuance of the permit, the [Title V] source shall be operated in
compliance with all terms and conditions of the permit. Noncompliance with any
federally applicable term or condition of the permit shall constitute a violation of the
Clean Air Act and shall be grounds for enforcement action." La. Admin. Code, tit. 33, pt.
III, §507.B.2

Murphy Oil U.S.A., Inc. repeatedly violates emission limits set for various
pollutants in permits issued to it by the LDEQ pursuant to the Louisiana SIP and Title V
of the Clean Air Act. Each time Murphy Oil U.S.A., Inc. releases pollutants in excess of
its permit limits, without LDEQ's prior authorization, it violates the Clean Air Act.

By way of example and not limitation, the Concerned Citizens lists Murphy Oil's
violations of its permitted emission limits as follows for Title V permit number 2500-
00001-V1.

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit (Lbs/Hour) | Average Rate During Event (Lbs/Hour) |
|---|---|---|---|---|---|---|---|
| 10/15/2003 | SO2 | 93,515 | 92 | North Flare | 15.6 | 3.84 | 1016.47 |
| | | | | South Flare | 16.2 | 506.00 | |
| | | | | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | |
| | | | | B-4 Boiler | - | 3.00 | |
| | | | | E-W Vacuum Heaters | - | 82.90 | |
| | | | | Alkyl Reboiler | - | 7.18 | |
| 10/26/2003 | VOC's | 90 | 15 | Tank 200-4 | - | 1.28 | 6.00 |
| 10/31/2003 | Particulate | unknown | 0.5 | South Flare | 1.25 | 0.28 | Unknown |
| 10/31/2003 | VOC's isobutane | 9,740 | 0.5 | South Flare | 2.34 | 5.35 | 19,480.00 |
| 11/3/2003 | SO2 | 4,840 | 46 | North Flare | 15.6 | 3.84 | 105.22 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 5 of 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | South Flare | 16.2 | 506.00 | |
| | | | | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | |
| | | | | B-4 Boiler | - | 3.00 | |
| | | | | E-W Vacuum Heaters | - | 82.90 | |
| | | | | Alkyl Reboiler | - | 7.18 | |
| 11/5/2003 | VOC's napthalene | 73 | 24 | tank 80-2 | - | 0.00 | 3.04 |
| 11/28/2003 | VOC's napthalene | 83 | 2.75 | FUGITIVE | 1.05 | 0.63 | 30.18 |
| 11/30/2003 | SO2 | 584 | 0.33 | North Flare | 15.6 | 3.84 | 1769.70 |
| 11/30/2003 | SO2 | 298 | 8.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 34.06 |
| 12/7/2003 | VOC Dimethyl Sulfide | unknown | 144 | FUGITIVE | 57 | 13.00 | unknown |
| 12/9/2003 | SO2 | 31 | 0.58 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 53.45 |
| 12/18/2003 | SO2 | 76 | 1.67 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 45.51 |
| 12/23/2003 | SO2 | 32 | 0.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 64.00 |
| 12/31/2003 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24.00 | Unknown |
| 3/29/2004 | SO2 | 423 | 4.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 94.00 |
| 4/6/2004 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24.00 | Unknown |
| 4/30/2004 | H2S | 43 | 1.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 28.67 |
| 4/30/2004 | SO2 | 243 | 3.0 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 81.00 |
| 5/10/2004 | VOC's | 1581 | 0.75 | North Flare | 15.6 | 3.84 | 2108.00 |
| 5/11/2004 | SO2 | 231 | 5.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 42.00 |
| 5/11/2004 | SO2 | 7084 | 2 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 3542.00 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 6 of 13

| 5/14/2004 | VOC's | 2100 | 1.25 | FUGITIVE | 1060 | 243.00 | 1680.00 |
|---|---|---|---|---|---|---|---|
| 6/24/2004 | SO2 | 17,178 | 5.33 | North Flare | 15.6 | 3.84 | 3222.89 |
| 6/24/2004 | SO2 | 392 | 11.4 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 34.39 |
| 7/4/2004 | SO2 | 294 | 7 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 42.00 |
| 7/23/2004 | SO2 | 714 | 38 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 18.79 |
| 7/28/2004 | SO2 | 1346 | 53 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 25.40 |
| 8/4/2004 | SO2 | 315 | 7.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 42.00 |
| 8/14/2004 | H2S | 6 | 0.125 | FUGITIVE | 0.7 | 0.16 | 48.00 |
| 8/14/2004 | SO2 | 90,017 | 13.75 | North Flare | 15.6 | 3.84 | 6546.69 |
| 8/14/2004 | SO2 | 1,124 | 11.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 95.66 |
| 8/20/2004 | SO2 | 27 | 1 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 27.00 |
| 8/21/2004 | VOC's | 4 | 0.75 | FUGITIVE | 1060 | 243.00 | 5.33 |
| 9/28/2004 | VOC's | 3.35 | 0.25 | FUGITIVE | 1060 | 243.00 | 13.40 |
| 10/26/2004 | SO2 | 1411 | 14.25 | North Flare | 15.6 | 3.84 | 99.02 |
| 10/31/2004 | SO2 | 624 | 33 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 18.91 |
| 11/24/2004 | Particulate | unknown | 3 | North Flare | 1.06 | 24.00 | Unknown |
| 11/24/2004 | Particulate | unknown | 3 | South Flare | 1.25 | 0.28 | Unknown |
| 11/26/2004 | SO2 | 1023 | 11 | North Flare | 15.6 | 3.84 | 93.00 |
| 11/27/2004 | SO2 | 1305 | 14.5 | North Flare | 15.6 | 3.84 | 90.00 |
| 11/30/2004 | SO2 | 6719 | 0.83 | North Flare | 15.6 | 3.84 | 8095.18 |
| 12/6/2004 | SO2 | 10625 | 9 | North Flare | 15.6 | 3.84 | 1180.56 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 7 of 13

| 12/6/2004 | SO2 | 279 | 4.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 62.00 |
|---|---|---|---|---|---|---|---|
| 12/7/2004 | SO2 | 1897 | 1.25 | North Flare | 15.6 | 3.84 | 1517.60 |
| 1/12/2005 | SO2 | 1647 | 15.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 106.26 |
| 1/15/2005 | SO2 | 540 | 6.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 80.00 |
| 2/9/2005 | SO2 | 8250 | 12 | North Flare | 15.6 | 3.84 | 687.50 |
| 2/11/2005 | SO2 | 2951 | 1 | North Flare | 15.6 | 3.84 | 2951.00 |
| 2/12/2005 | SO2 | 1476 | 0.5 | North Flare | 15.6 | 3.84 | 2952.00 |
| 2/12/2005 | SO2 | 5312 | 1 | South Flare | 16.2 | 506.00 | 5312.00 |
| 2/18/2005 | SO2 | 13397 | 15.5 | North Flare | 15.6 | 3.84 | 864.32 |
| 2/19/2005 | SO2 | 37186 | 9 | North Flare | 15.6 | 3.84 | 4131.78 |
| 2/21/2005 | SO2 | 1181 | 0.5 | North Flare | 15.6 | 3.84 | 2362.00 |
| 2/21/2005 | SO2 | 15503 | 126 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 123.04 |
| 3/3/2005 | SO2 | 705 | 0.83 | North Flare | 15.6 | 3.84 | 849.40 |
| 3/15/2005 | SO2 | 488 | 8.5 | #3 SRU Incinerator | 120 | 27.50 | 57.41 |
| 3/15/2005 | SO2 | 3542 | 8.5 | South Flare | 16.2 | 506.00 | 416.71 |
| 3/23/2005 | SO2 | 4553 | 2.25 | South Flare | 16.2 | 506.00 | 2023.56 |
| 5/30/2005 | SO2 | 3,133 | 1.7 | South Flare | 16.2 | 506.00 | 1842.94 |
| 6/15/2005 | SO2 | 20,520 | 2.1 | South Flare | 16.2 | 506.00 | 9771.43 |
| 6/21/2005 | Particulate | Unknown | 6 | North Flare | 1.06 | 24.00 | Unknown |
| 6/21/2005 | Particulate | Unknown | 6 | South Flare | 1.25 | 0.28 | Unknown |
| 6/21/2005 | SO2 | 38,538 | 5.5 | South Flare | 16.2 | 506.00 | 7006.91 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 8 of 13

| 6/21/2005 | SO2 | 126 | 3 | South Flare | 16.2 | 506.00 | 42.00 |
|---|---|---|---|---|---|---|---|
| 7/3/2005 | SO2 | 187 | 4.5 | #3 SRU Incinerator | 120 | 27.50 | 41.56 |
| 7/6/2005 | SO2 | 11804 | 4 | North Flare | 15.6 | 3.84 | 2951.00 |
| 7/6/2005 | SO2 | 12816 | 4 | South Flare | 16.2 | 506.00 | 3204.00 |
| 7/8/2005 | SO2 | 53 | 1 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 53.00 |
| 7/9/2005 | SO2 | 226 | 4.25 | #3 SRU Incinerator | 120 | 27.50 | 53.18 |
| 7/11/2005 | SO2 | 9,809 | 2.5 | North Flare | 15.6 | 3.84 | 3923.60 |
| 7/18/2005 | SO2 | 12,069 | 3.67 | South Flare | 16.2 | 506.00 | 3288.56 |
| 7/31/2005 | SO2 | 82094 | 13.75 | North Flare | 15.6 | 3.84 | 5970.47 |
| 7/31/2005 | SO2 | 4427 | 0.75 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 5902.67 |
| 8/9/2005 | SO2 | 1,163 | 4.67 | #3 SRU Incinerator | 120 | 27.50 | 249.04 |
| 8/12/2005 | SO2 | 1,535 | 6.5 | South Flare | 16.2 | 506.00 | 236.15 |
| 8/15/2005 | SO2 | 28,201 | 3.75 | South Flare | 16.2 | 506.00 | 7520.27 |
| 6/18/2006 | SO2 | 14,545 | 2.5 | North Flare | 15.6 | 3.84 | 5818.00 |
| 6/28/2006 | SO2 | 319 | 2 | #3 SRU Incinerator | 120 | 27.50 | 159.50 |
| 6/28/2006 | SO2 | 29,513 | 2.5 | South Flare | 16.2 | 506.00 | 11805.20 |
| 7/1/2006 | SO2 | 1,282 | 0.25 | North Flare | 15.6 | 3.84 | 5128.00 |
| 7/7/2006 | SO2 | 430 | 2.5 | #3 SRU Incinerator | 120 | 27.50 | 172.00 |
| 7/7/2006 | SO2 | 29,175 | 5 | North Flare | 15.6 | 3.84 | 5835.00 |
| 7/7/2006 | SO2 | 14,335 | 1 | South Flare | 16.2 | 506.00 | 14335.00 |
| 7/16/2006 | SO2 | 410 | 2.25 | #3 SRU Incinerator | 120 | 27.50 | 182.22 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 9 of 13

| 7/16/2006 | SO2 | 17708 | 3.75 | North Flare | 15.6 | 3.84 | 4722.13 |
|---|---|---|---|---|---|---|---|
| 7/16/2006 | SO2 | 20743 | 1.5 | South Flare | 16.2 | 506.00 | 13828.67 |
| 7/16/2006 | SO2 | 571 | 9.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 60.11 |
| 7/19/2006 | SO2 | 2755 | 0.6 | North Flare | 15.6 | 3.84 | 4591.67 |
| 7/19/2006 | SO2 | 205 | 2.9 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 70.69 |
| 8/3/2006 | SO2 | 1540 | 9 | South Flare | 16.2 | 506.00 | 171.11 |
| 8/7/2006 | SO2 | 501 | Unreported | North Flare | 15.6 | 3.84 | Unreported |
| 8/19/2006 | SO2 | 1840 | 11.33 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 162.40 |
| 8/19/2006 | VOC's | 452 | 11.33 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 39.89 |
| 8/21/2006 | SO2 | 253 | 0.5 | North Flare | 15.6 | 3.84 | 506.00 |
| 8/23/2006 | SO2 | 334 | 0.66 | North Flare | 15.6 | 3.84 | 506.06 |
| 9/17/2006 | Particulate | Unknown | 1 | North Flare | 1.06 | 24.00 | Unknown |
| 9/17/2006 | Particulate | Unknown | 1 | South Flare | 1.25 | 0.28 | Unknown |
| 10/11/2006 | SO2 | 457 | 7 | #3 SRU Incinerator | 120 | 27.50 | 65.29 |
| 10/16/2006 | SO2 | 842 | 3.33 | North Flare | 15.6 | 3.84 | 252.85 |
| 10/18/2006 | SO2 | 779 | 1 | #3 SRU Incinerator | 120 | 27.50 | 779.00 |
| 10/18/2006 | SO2 | 10,751 | 4 | North Flare | 15.6 | 3.84 | 2687.75 |
| 10/18/2006 | SO2 | 9,739 | 9 | South Flare | 16.2 | 506.00 | 1082.11 |
| 10/18/2006 | SO2 | 3,373 | 63 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 53.54 |
| 10/29/2006 | SO2 | 594 | 13 | #3 SRU Incinerator | 120 | 27.50 | 45.69 |
| 12/2/2006 | SO2 | 35 | 0.2 | South Flare | 16.2 | 506.00 | 175.00 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 10 of 13

| 12/6/2006 | SO2 | 414 | 5.33 | #3 SRU Incinerator | 120 | 27.50 | 77.67 |
|---|---|---|---|---|---|---|---|
| 12/11/2006 | SO2 | 976 | 16.75 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 58.27 |
| 12/18/2006 | SO2 | 137 | 0.25 | North Flare | 15.6 | 3.84 | 548.00 |
| 2/5/2007 | SO2 | 458 | 6.67 | #3 SRU Incinerator | 120 | 27.50 | 68.67 |
| 2/23/2007 | SO2 | 367 | 3.25 | #3 SRU Incinerator | 120 | 27.50 | 112.92 |
| 2/28/2007 | SO2 | 573 | 9.75 | #3 SRU incinerator | 120 | 27.50 | 58.77 |
| 4/28/2007 | H2S | 53 | Unreported | FUGITIVE | 0.7 | 0.16 | Unreported |
| 4/28/2007 | CH4 | 431 | Unreported | FUGITIVE | 35.4 | 8.09 | Unreported |
| 5/18/2007 | SO2 | 5388 | 68.05 | #3 SRU Incinerator | 120 | 27.50 | 79.18 |
| 5/18/2007 | SO2 | 7253 | 1 | South Flare | 16.2 | 506.00 | 7253.00 |
| 5/29/2007 | SO2 | 789 | 10.5 | #3 SRU Incinerator | 120 | 27.50 | 75.14 |
| 7/12/2007 | SO2 | 113 | 1 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 113.00 |
| 8/2/2007 | SO2 | 1110 | 90 | South Flare | 16.2 | 506.00 | 12.33 |
| 8/16/2007 | SO2 | 1031 | 5.5 | #3 SRU Incinerator | 120 | 27.50 | 187.45 |
| 8/16/2007 | SO2 | 261 | 0.5 | North Flare | 15.6 | 3.84 | 522.00 |
| 8/23/2007 | SO2 | 19,000 | 3.5 | South Flare | 16.2 | 506.00 | 5428.57 |
| 9/10/2007 | SO2 | 9557 | 3.5 | South Flare | 16.2 | 506.00 | 2730.57 |
| 9/24/2007 | SO2 | 25 | 0.5 | North Flare | 15.6 | 3.84 | 50.00 |
| 9/28/2007 | SO2 | 18,846 | 3 | North Flare | 15.6 | 3.84 | 6282.00 |
| 9/28/2007 | SO2 | 5,142 | 58.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 87.52 |
| 10/30/2007 | SO2 | 30 | 0.66 | #3 SRU Incinerator | 120 | 27.50 | 45.45 |

By way of example and not limitation, the Concerned Citizens lists Murphy Oil's violations of its permitted emission limits as follows for Title V permit number 2500-00001-V2.

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit (Lbs/Hour) | Average Rate During Event (Lbs/Hour) |
|---|---|---|---|---|---|---|---|
| 1/2/2008 | VOC's | 289 | 0.05 | North Flare | 13.42 | 3.06 | 5780.00 |
| 1/2/2008 | SO2 | 40 | 0.05 | North Flare | 2.1 | 0.62 | 800.00 |
| 1/2/2008 | NOx | 43 | 0.05 | North Flare | 6.52 | 1.49 | 860.00 |
| 1/3/2008 | SO2 | 123 | 0.66 | #3 SRU Incinerator | SRU Cap 200.6 | 55.00 | 186.36 |
| 1/20/2008 | H2S | 51 | 1 | #3 SRU Incinerator | 4.2 | 1.00 | 51.00 |
| 1/20/2008 | SO2 | 687 | 8.9 | #2 SRU Incinerator | SRU Cap 200.6 | 18.30 | 77.19 |
| 1/29/2008 | VOC's | 308 | 0.25 | North Flare | 13.42 | 3.06 | 1232.00 |
| 1/29/2008 | NOX | 43 | 0.25 | North Flare | 6.52 | 1.49 | 172.00 |
| 1/29/2008 | Particulate | Unknown | 0.25 | North Flare | Unknown | Unknown | Unknown |
| 1/30/2008 | SO2 | 307 | 3.8 | #2 SRU Incinerator | SRU Cap 200.6 | 18.30 | 80.79 |

## Description of Murphy Oil's Louisiana Environmental Quality Act Violations:

A.    Murphy Oil Violates La. Rev. Stat. § 30:2057 and La. Admin. Code tit. 33, pt. III, § 501.C.4 When It Emits Pollutants In Excess of Limits Established Under Its Air Permits.

The Louisiana Environmental Quality Act prohibits discharges of "contaminants … into the air of this state in violation of regulations of the secretary or the terms of any permit, license, or variance." La. Rev. Stat. § 30:2057. In addition, the Louisiana Administrative Code provides that a "source shall be operated in accordance with all terms and conditions of the permit. Noncompliance with any term or condition of the permit shall constitute a violation of this Chapter and shall be grounds for enforcement

action." La. Admin. Code tit. 33, pt. III, § 501.C.4. Therefore, all of Murphy Oil's Clean Air Act permit violations listed above are also violations of the Louisiana Environmental Quality Act § 30:2057 and the Louisiana Administrative Code title 33, part III, section 501.C.4.

      **B.**    **Murphy Oil Violates La. Admin. Code tit. 33, pt. III, § 905.A By Failing to Diligently Maintain Its Emission Control Equipment.**

Murphy Oil U.S.A., Inc. has violated and continues to violate the Louisiana Administrative Code, title 33, part III, section 905.A.[1] This SIP provision provides: "When facilities have been installed on a property, *they shall be used and diligently maintained in proper working order whenever any emissions are being made which can be controlled by the facilities*, even though the ambient air quality standards in affected areas are not exceeded." La. Admin. Code tit. 33, pt. III § 905 (emphasis added).

Murphy Oil's pattern of repeated unauthorized discharge violations demonstrates that Murphy Oil U.S.A., Inc. does not diligently maintain the pollution control facilities at the Murphy Oil Meraux Refinery in proper working order, and therefore is violating Louisiana Administrative Code, part III, section 905.A.

**<u>Relief Sought by Concerned Citizens:</u>**

The Concerned Citizens may seek declaratory, injunctive relief, and civil penalties of up to $32,500[2] per day for each violation of the Clean Air Act. 42 U.S.C. § 7604(a).

We believe this notice of violation and intent to sue sufficiently states the grounds for a suit against Murphy Oil U.S.A., Inc. under the Clean Air Act, 42 U.S.C. § 7604 and the Louisiana Environmental Quality Act, La. Rev. Stat. §30:2026, for violations of Clean Air Act, 42 U.S.C. § 7661a(a); the Louisiana Environmental Quality Act, La. Rev. Stat. §30:2057; and the Louisiana Emission Control Regulations, La. Admin. Code tit. 33, pt. III, §§ 501.C.4, 507, 905.A. This notice covers violations since October, 2003. The Concerned Citizens' suit, when filed, will also address any violations revealed during the discovery process. As noted above, during the notice period, we would be pleased to discuss this matter further.

---

[1] EPA approved La. Admin. Code tit. 33, pt. III § 905.A EPA as part of Louisiana's SIP pursuant to § 110 of the Clean Air Act and codified at 40 C.F.R. § 52.970.

[2] 40 C.F.R. § 19.4 (2006). Table 1: Table of Civil Monetary Penalty Inflation Adjustments: $27,500 penalty effective between January 30, 1997 and March 15, 2004. $32,500 penalty effective after March 15, 2004, with new adjustment for 2007.

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 13 of 13

Prepared by:                                    Respectfully submitted by:

_____              _____
Andrew Seidel, Law Student                Corinne Van Dalen, SBN: 21175
Tulane Environmental Law Clinic          TULANE ENVIRONMENTAL LAW
                                                       CLINIC
                                                       6329 Freret Street
                                                       New Orleans, Louisiana 70118
                                                       Phone: (504) 862- 8818
                                                       Fax: (504) 862-8721
                                                       *Counsel for Concerned Citizens Around
                                                       Murphy*

Cc:

**CERTIFIED MAIL**                          **CERTIFIED MAIL**
**7003 3110 0004 6222 1671**          **7003 3110 0004 6222 1718**
**RETURN RECEIPT REQUESTED**   **RETURN RECEIPT REQUESTED**
Murphy Oil U.S.A., Inc.                       The Honorable Bobby Jindal, Governor of
P.O. Box 7000                                   Louisiana
El Dorado, Arkansas 71731-7000       Office of the Governor
                                                       P.O. Box 94004
                                                       Baton Rouge, LA 70804-9004

**CERTIFIED MAIL**                          **CERTIFIED MAIL**
**7003 3110 0004 6222 1688**          **7003 3110 0004 6222 1701**
**RETURN RECEIPT REQUESTED**   **RETURN RECEIPT REQUESTED**
Registered Agent for Murphy Oil U.S.A.,  Mr. James D. Caldwell, Attorney General
Inc.                                               Louisiana Office of the Attorney General
C. T. Corporation System,                  P.O. Box 94005
5615 Corporate Blvd., Suite 400B,      Baton Rouge, LA 70804-9004
Baton Rouge, LA 70808

**CERTIFIED MAIL**                          **CERTIFIED MAIL**
**7003 3110 0004 6222 1695**          **7003 3110 0004 6222 1732**
**RETURN RECEIPT REQUESTED**   **RETURN RECEIPT REQUESTED**
Mr. Richard Greene, Regional             Mr. Michael B. Mukasey, U.S. Attorney
Administrator                                   General
E.P.A. Region 6                                U.S. Department of Justice
1445 Ross Avenue                            950 Pennsylvania Avenue, NW
Suite 1200                                       Washington, D.C.  20530-0001
Mail Code: 6RA
Dallas, TX 75202

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CT Corporation System
   5615 Corporate Suite 400B
B. Received by (Printed Name) Baton Rouge □ Agent □ Addressee    C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1. Article Addressed to:

Registered Agent for Murphy Oil USA Inc

C.T. Corporation System

5615 Corporate Blvd, Suite 400B

Baton Rouge, LA 70808

3. Service Type
   ■ Certified Mail    □ Express Mail
   □ Registered    ■ Return Receipt for Merchandise
   □ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 6222 1688

PS Form 3811, February    7003 3110 0004 6222 1688    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☒ Agent □ Addressee
B. Received by (Printed Name)    C. Date of Delivery 7-7-2008

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: ☒ No

JUL 7 2008

1. Article Addressed to:

Murphy Oil USA, Inc.

P.O. Box 7000

El Dorado, Arkansas 71731-7000

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered
   □ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 6222 1671

PS Form 3811, February 20    7003 3110 0004 6222 1671    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   □ Agent □ Addressee
B. Received by (Printed Name)    C. Date of Delivery 7/8/08

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1. Article Addressed to:

Mr. Stephen L Johnson, Administrator

U.S. EPA Headquarters

Ariel Rios Building

1200 Pennsylvania Ave N.W.

Mail code 1101A

Washington, DC. 20460

3. Service Type
   ■ Certified Mail    □ Express Mail
   □ Registered    ■ Return Receipt for Merchandise
   □ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 6222 1640

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    EPA RR MAIL CENTER
X                              ☐ Agent
                               ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

JUN 08 2008

1. Article Addressed to:

Mr. Richard Greene, Regional Administrator
EPA Region 6
1445 Ross Avenue
Suite 1200, MAIL CODE 6RA
Dallas TX 75202

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1695

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

D. Harold Leggett, Secretary
Louisiana Dept of Environmental Quality
Office of the Secretary
PO Box 4301
Baton Rouge 70821-4301

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1664

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Smith    7/2/08

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

Mr. Lynn G. Bourgeois, Refinery Mngr
Murphy Oil USA Inc
Meraux Refinery
PO Box 100, 2500 E. St Bernard Hwy
MERAUX LA 70075-2427

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1657

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

The Honorable Bobby Jindal, Governor
Office of the Governor
PO Box 94004
Baton Rouge, LA 70804-9004

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 6222 1718

7003 3110 0004 6222 1718

PS Form 3811, February 2004          02595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Mr. Michael B. Mukasey, US Atty Gen.
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003-3110 0004 6222 1732

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Mr. James D. Caldwell, Atty General
Louisiana office of the Atty General
PO Box 94005
Baton Rouge, LA 70804-9004

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 6222 1701

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

Murphy Oil Clean Air Violations

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2003 | Particulate | unknown | 0.5 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 10/31/2003 | VOC's (isobutane burned at flare but VOC 's not | 9,740 | 0.5 | South Flare | 2.34 | 5.35 | 5.35 | 19480.00 | 2500-00001-V1 |
| 11/3/2003 | SO2 | 4,840 | 46 | North Flare | 15.6 | 3.84 | 3.84 | 105.22 | 2500-00001-V1 |
|  |  |  |  | South Flare | 16.2 | 506 | 506.00 |  | 2500-00001-V1 |
|  |  |  |  | #2 SRU Incinerator | Heaters Cap 479.29 | - | 18.30 |  | 2500-00001-V1 |
|  |  |  |  | B-4 Boiler | - |  | 3.00 |  | 2500-00001-V1 |
|  |  |  |  | E-W Vaccum Heaters | - |  | 82.90 |  | 2500-00001-V1 |
|  |  |  |  | Alkyl Reboiler | - |  | 7.18 |  | 2500-00001-V1 |
| 11/5/2003 | VOC's (not specified) | 73 | 24 | tank 80-2 | - |  | 0.0000000629 | 3.04 | 2500-00001-V1 |
| 11/28/2003 | VOC's (not specified) | 83 | 2.75 | FUGITIVE | 1.05 |  | 0.63 | 30.18 | 2500-00001-V1 |
| 11/30/2003 | SO2 | 584 | 0.33 | North Flare | 15.6 | 3.84 | 3.84 | 1769.70 | 2500-00001-V1 |
| 11/30/2003 | SO2 | 298 | 8.75 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 34.06 | 2500-00001-V1 |
| 12/7/2003 | Dimethyl Sulfide (VOC) | unknown | 144 | FUGITIVE | 57 |  | 13.00 | unknown | 2500-00001-V1 |
| 12/9/2003 | SO2 | 31 | 0.58 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 53.45 | 2500-00001-V1 |
| 12/18/2003 | SO2 | 76 | 1.67 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 45.51 | 2500-00001-V1 |
| 12/23/2003 | SO2 | 32 | 0.5 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 64.00 | 2500-00001-V1 |
| 12/31/2003 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 3/29/2004 | SO2 | 423 | 4.5 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 94.00 | 2500-00001-V1 |

EXHIBIT
B
tabbies®

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 4/6/2004 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 4/30/2004 | H2S | 43 | 1.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 28.67 | 2500-00001-V1 |
| 4/30/2004 | SO2 | 243 | 3.0 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 81.00 | 2500-00001-V1 |
| 5/10/2004 | VOC's (not specified) | 1581 | 0.75 | North Flare | 15.6 | 3.84 | 3.84 | 2108.00 | 2500-00001-V1 |
| 5/11/2004 | SO2 | 231 | 5.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 42.00 | 2500-00001-V1 |
| 5/11/2004 | SO2 | 7084 | 2 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 3542.00 | 2500-00001-V1 |
| 5/14/2004 | VOC's (not specified) | 2100 | 1.25 | FUGITIVE | 1060 | | 243.00 | 1680.00 | 2500-00001-V1 |
| 6/24/2004 | SO2 | 17,178 | 5.33 | North Flare | 15.6 | 3.84 | 3.84 | 3222.89 | 2500-00001-V1 |
| 6/24/2004 | SO2 | 392 | 11.4 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 34.39 | 2500-00001-V1 |
| 7/4/2004 | SO2 | 294 | 7 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 42.00 | 2500-00001-V1 |
| 7/23/2004 | SO2 | 714 | 38 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 18.79 | 2500-00001-V1 |
| 7/28/2004 | SO2 | 1346 | 53 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 25.40 | 2500-00001-V1 |
| 8/4/2004 | SO2 | 315 | 7.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 42.00 | 2500-00001-V1 |
| 8/14/2004 | H2S | 6 | 0.125 | FUGITIVE | 0.7 | | 0.16 | 48.00 | 2500-00001-V1 |
| 8/14/2004 | SO2 | 90,017 | 13.75 | North Flare | 15.6 | 3.84 | 3.84 | 6546.69 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/14/2004 | SO2 | 1,124 | 11.75 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 95.66 | 2500-00001-V1 |
| 8/20/2004 | SO2 | 27 | 1 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 27.00 | 2500-00001-V1 |
| 8/21/2004 | VOC's (not specified) | 4 | 0.75 | FUGITIVE | 1060 | | 243.00 | 5.33 | 2500-00001-V1 |
| 9/28/2004 | VOC's (not specified) | 3.35 | 0.25 | FUGITIVE | 1060 | | 243.00 | 13.40 | 2500-00001-V1 |
| 10/26/2004 | SO2 | 1411 | 14.25 | North Flare | 15.6 | 3.84 | 3.84 | 99.02 | 2500-00001-V1 |
| 10/31/2004 | SO2 | 624 | 33 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 18.91 | 2500-00001-V1 |
| 11/24/2004 | Particulate | unknown | 3 | North Flare | 1.06 | | 24.00 | Unknown | 2500-00001-V1 |
| 11/24/2004 | Particulate | unknown | 3 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 11/26/2004 | SO2 | 1023 | 11 | North Flare | 15.6 | 3.84 | 3.84 | 93.00 | 2500-00001-V1 |
| 11/27/2004 | SO2 | 1305 | 14.5 | North Flare | 15.6 | 3.84 | 3.84 | 90.00 | 2500-00001-V1 |
| 11/30/2004 | SO2 | 6719 | 0.83 | North Flare | 15.6 | 3.84 | 3.84 | 8095.18 | 2500-00001-V1 |
| 12/6/2004 | SO2 | 10625 | 9 | North Flare | 15.6 | 3.84 | 3.84 | 1180.56 | 2500-00001-V1 |
| 12/6/2004 | SO2 | 279 | 4.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 62.00 | 2500-00001-V1 |
| 12/7/2004 | SO2 | 1897 | 1.25 | North Flare | 15.6 | | 3.84 | 1517.60 | 2500-00001-V1 |
| 1/12/2005 | SO2 | 1647 | 15.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 106.26 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/2005 | SO2 | 540 | 6.75 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 80.00 | 2500-00001-V1 |
| 2/9/2005 | SO2 | 8250 | 12 | North Flare | 15.6 | 3.84 | 3.84 | 687.50 | 2500-00001-V1 |
| 2/11/2005 | SO2 | 2951 | 1 | North Flare | 15.6 | 3.84 | 3.84 | 2951.00 | 2500-00001-V1 |
| 2/12/2005 | SO2 | 1476 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 2952.00 | 2500-00001-V1 |
| 2/12/2005 | SO2 | 5312 | 1 | South Flare | 16.2 | 506 | 506.00 | 5312.00 | 2500-00001-V1 |
| 2/18/2005 | SO2 | 13397 | 15.5 | North Flare | 15.6 | 3.84 | 3.84 | 864.32 | 2500-00001-V1 |
| 2/19/2005 | SO2 | 37186 | 9 | North Flare | 15.6 | 3.84 | 3.84 | 4131.78 | 2500-00001-V1 |
| 2/21/2005 | SO2 | 1181 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 2362.00 | 2500-00001-V1 |
| 2/21/2005 | SO2 | 15503 | 126 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 123.04 | 2500-00001-V1 |
| 3/3/2005 | SO2 | 705 | 0.83 | North Flare | 15.6 | 3.84 | 3.84 | 849.40 | 2500-00001-V1 |
| 3/15/2005 | SO2 | 488 | 8.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 57.41 | 2500-00001-V1 |
| 3/15/2005 | SO2 | 3542 | 8.5 | South Flare | 16.2 | 506 | 506.00 | 416.71 | 2500-00001-V1 |
| 3/23/2005 | SO2 | 4553 | 2.25 | South Flare | 16.2 | 506 | 506.00 | 2023.56 | 2500-00001-V1 |
| 5/30/2005 | SO2 | 3,133 | 1.7 | South Flare | 16.2 | 506 | 506.00 | 1842.94 | 2500-00001-V1 |
| 6/15/2005 | SO2 | 20,520 | 2.1 | South Flare | 16.2 | 506 | 506.00 | 9771.43 | 2500-00001-V1 |

Murphy Oil USA air violations

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 6/21/2005 | Particulate | Unknown | 6 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 6/21/2005 | Particulate | Unknown | 6 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 6/21/2005 | SO2 | 38,538 | 5.5 | South Flare | 16.2 | 506 | 506.00 | 7006.91 | 2500-00001-V1 |
| 6/21/2005 | SO2 | 126 | 3 | South Flare | 16.2 | 506 | 506.00 | 42.00 | 2500-00001-V1 |
| 7/3/2005 | SO2 | 187 | 4.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 41.56 | 2500-00001-V1 |
| 7/6/2005 | SO2 | 11804 | 4 | North Flare | 15.6 | 3.84 | 3.84 | 2951.00 | 2500-00001-V1 |
| 7/6/2005 | SO2 | 12816 | 4 | South Flare | 16.2 | 506 | 506.00 | 3204.00 | 2500-00001-V1 |
| 7/8/2005 | SO2 | 53 | 1 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 53.00 | 2500-00001-V1 |
| 7/9/2005 | SO2 | 226 | 4.25 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 53.18 | 2500-00001-V1 |
| 7/11/2005 | SO2 | 9,809 | 2.5 | North Flare | 15.6 | 3.84 | 3.84 | 3923.60 | 2500-00001-V1 |
| 7/18/2005 | SO2 | 12,069 | 3.67 | South Flare | 16.2 | 506 | 506.00 | 3288.56 | 2500-00001-V1 |
| 7/31/2005 | SO2 | 82094 | 13.75 | North Flare | 15.6 | 3.84 | 3.84 | 5970.47 | 2500-00001-V1 |
| 7/31/2005 | SO2 | 4427 | 0.75 | #2 SRU incinerator | Heaters Cap 479.29 | | 18.30 | 5902.67 | 2500-00001-V1 |
| 8/9/2005 | SO2 | 1,163 | 4.67 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 249.04 | 2500-00001-V1 |
| 8/12/2005 | SO2 | 1,535 | 6.5 | South Flare | 16.2 | 506 | 506.00 | 236.15 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/15/2005 | SO2 | 28,201 | 3.75 | South Flare | 16.2 | 506 | 506.00 | 7520.27 | 2500-00001-V1 |
| 6/18/2006 | SO2 | 14,545 | 2.5 | North Flare | 15.6 | 3.84 | 3.84 | 5818.00 | 2500-00001-V1 |
| 6/28/2006 | SO2 | 319 | 2 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 159.50 | 2500-00001-V1 |
| 6/28/2006 | SO2 | 29,513 | 2.5 | South Flare | 16.2 | 506 | 506.00 | 11805.20 | 2500-00001-V1 |
| 7/1/2006 | SO2 | 1,282 | 0.25 | North Flare | 15.6 | 3.84 | 3.84 | 5128.00 | 2500-00001-V1 |
| 7/7/2006 | SO2 | 430 | 2.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 172.00 | 2500-00001-V1 |
| 7/7/2006 | SO2 | 29,175 | 5 | North Flare | 15.6 | 3.84 | 3.84 | 5835.00 | 2500-00001-V1 |
| 7/7/2006 | SO2 | 14,335 | 1 | South Flare | 16.2 | 506 | 506.00 | 14335.00 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 410 | 2.25 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 182.22 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 17708 | 3.75 | North Flare | 15.6 | 3.84 | 3.84 | 4722.13 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 20743 | 1.5 | South Flare | 16.2 | 506 | 506.00 | 13828.67 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 571 | 9.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 60.11 | 2500-00001-V1 |
| 7/19/2006 | SO2 | 2755 | 0.6 | North Flare | 15.6 | 3.84 | 3.84 | 4591.67 | 2500-00001-V1 |
| 7/19/2006 | SO2 | 205 | 2.9 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 70.69 | 2500-00001-V1 |
| 8/3/2006 | SO2 | 1540 | 9 | South Flare | 16.2 | 506 | 506.00 | 171.11 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/7/2006 | SO2 | 501 | Unreported | North Flare | 15.6 | 3.84 | 3.84 | Duration Unreported | 2500-00001-V1 |
| 8/19/2006 | SO2 | 1840 | 11.33 | #2 SRU incinerator | Heaters Cap 479.29 | | 18.30 | 162.40 | 2500-00001-V1 |
| 8/19/2006 | VOC's (not specified) | 452 | 11.33 | #2 SRU incinerator | Heaters Cap 479.29 | | 0.60 | 39.89 | 2500-00001-V1 |
| 8/21/2006 | SO2 | 253 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 506.00 | 2500-00001-V1 |
| 8/23/2006 | SO2 | 334 | 0.66 | North Flare | 15.6 | 3.84 | 3.84 | 506.06 | 2500-00001-V1 |
| 9/17/2006 | Particulate | Unknown | 1 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 9/17/2006 | Particulate | Unknown | 1 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 10/11/2006 | SO2 | 457 | 7 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 65.29 | 2500-00001-V1 |
| 10/16/2006 | SO2 | 842 | 3.33 | North Flare | 15.6 | 3.84 | 3.84 | 252.85 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 779 | 1 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 779.00 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 10,751 | 4 | North Flare | 15.6 | 3.84 | 3.84 | 2687.75 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 9,739 | 9 | South Flare | 16.2 | 506 | 506.00 | 1082.11 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 3,373 | 63 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 53.54 | 2500-00001-V1 |
| 10/29/2006 | SO2 | 594 | 13 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 45.69 | 2500-00001-V1 |
| 12/2/2006 | SO2 | 35 | 0.2 | South Flare | 16.2 | 506 | 506.00 | 175.00 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 12/6/2006 | SO2 | 414 | 5.33 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 77.67 | 2500-00001-V1 |
| 12/11/2006 | SO2 | 976 | 16.75 | #2 SRU incinerator | Heaters Cap 479.29 | | 18.30 | 58.27 | 2500-00001-V1 |
| 12/18/2006 | SO2 | 137 | 0.25 | North Flare | 15.6 | 3.84 | 3.84 | 548.00 | 2500-00001-V1 |
| 2/5/2007 | SO2 | 458 | 6.67 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 68.67 | 2500-00001-V1 |
| 2/23/2007 | SO2 | 367 | 3.25 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 112.92 | 2500-00001-V1 |
| 2/28/2007 | SO2 | 573 | 9.75 | #3 SRU incinerator | 120 | 27.5 | 27.50 | 58.77 | 2500-00001-V1 |
| 4/28/2007 | H2S | 53 | Unreported | FUGITIVE | 0.7 | | 0.16 | Duration Unreported | 2500-00001-V1 |
| 4/28/2007 | CH4 (METHANE) | 431 | Unreported | FUGITIVE | 35.4 | | 8.09 | Duration Unreported | 2500-00001-V1 |
| 5/18/2007 | SO2 | 5388 | 68.05 | #3 SRU Incinerator | 120 | | 27.50 | 79.18 | 2500-00001-V1 |
| 5/18/2007 | SO2 | 7253 | 1 | South Flare | 16.2 | 506 | 506.00 | 7253.00 | 2500-00001-V1 |
| 5/29/2007 | SO2 | 789 | 10.5 | #3 SRU Incinerator | 120 | | 27.50 | 75.14 | 2500-00001-V1 |
| 7/12/2007 | SO2 | 113 | 1 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 113.00 | 2500-00001-V1 |
| 8/2/2007 | SO2 | 1110 | 90 | South Flare | 16.2 | 506 | 506.00 | 12.33 | 2500-00001-V1 |
| 8/16/2007 | SO2 | 1031 | 5.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 187.45 | 2500-00001-V1 |
| 8/16/2007 | SO2 | 261 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 522.00 | 2500-00001-V1 |

Murphy Oil USA Deviations    Exhibit B

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/23/2007 | SO2 | 19,000 | 3.5 | South Flare | 16.2 | 506 | 506.00 | 5428.57 | 2500-00001-V1 |
| 9/10/2007 | SO2 | 9557 | 3.5 | South Flare | 16.2 | 506 | 506.00 | 2730.57 | 2500-00001-V1 |
| 9/24/2007 | SO2 | 25 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 50.00 | 2500-00001-V1 |
| 9/28/2007 | SO2 | 18,846 | 3 | North Flare | 15.6 | 3.84 | 3.84 | 6282.00 | 2500-00001-V1 |
| 9/28/2007 | SO2 | 5,142 | 58.75 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 87.52 | 2500-00001-V1 |
| 10/30/2007 | SO2 | 30 | 0.66 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 45.45 | 2500-00001-V1 |
| 1/2/2008 | VOC's (not specified) | 289 | 0.05 | North Flare EQT 035 | 13.42 | 3.06 | 3.06 | 5780.00 | 2500-00001-V2 |
| 1/2/2008 | SO2 | 40 | 0.05 | North Flare EQT 035 | 2.1 | 0.62 | 0.62 | 800.00 | 2500-00001-V2 |
| 1/2/2008 | NOx | 43 | 0.05 | North Flare EQT 035 | 6.52 | 1.49 | 1.49 | 860.00 | 2500-00001-V2 |
| 1/3/2008 | SO2 | 123 | 0.66 | #3 SRU Incinerator EQT 079 | SRU Cap 200.6 | SRU Cap 45.8 | 55.00 | 186.36 | 2500-00001-V2 |
| 1/20/2008 | H2S | 51 | 1 | #3 SRU Incinerator EQT 079 | 4.2 | - | 1.00 | 51.00 | 2500-00001-V2 |
| 1/20/2008 | SO2 | 687 | 8.9 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 77.19 | 2500-00001-V2 |
| 1/21/2008 | SO2 | 11,064 | 74 | North Flare EQT 035 | 2.1 | 0.62 | 0.62 | 149.51 | 2500-00001-V2 |
| 1/21/2008 | H2S | 226 | 74 | North Flare EQT 035 | not permitted | | not permitted | 3.05 | 2500-00001-V2 |
| 1/29/2008 | Particulate | Unknown | 0.25 | North Flare EQT 035 | Unknown | | Unknown | Unknown | 2500-00001-V2 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2008 | NOx | 43 | 0.25 | North Flare EQT 035 | 6.52 | 1.49 | 1.49 | 172.00 | 2500-00001-V2 |
| 1/29/2008 | VOC's (not specified) | 308 | 0.25 | North Flare EQT 035 | 13.42 | 3.06 | 3.06 | 1232.00 | 2500-00001-V2 |
| 1/30/2008 | SO2 | 307 | 3.8 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 80.79 | 2500-00001-V2 |
| 2/5/2008 | Particulate, NOX | 4000, 20 | 0.133 | both flares: EQT 035 and EQT 049 | | | | Unknown | 2500-00001-V2 |
| 3/13/2008 | SO2 | 101 | 0.05 | North Flare EQT 035 | 2.1 | 0.62 | 0.62 | 2020.00 | 2500-00001-V2 |
| 3/13/2008 | SO2 | 511 | 5.166 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 98.92 | 2500-00001-V2 |
| 8/16/2008 | SO2 | 3160 | 0.5 | South Flare EQT 049 | 16.3 | 3.72 | 506.12 | 6320.00 | 2500-00001-V3 |
| 8/16/2008 | SO2 | 39 | 0.5 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 78.00 | 2500-00001-V3 |
| 8/19/2008 | SO2 | 1700 | 16.25 | #3 SRU Incinerator EQT 079 | SRU Cap 200.6 | SRU Cap 45.8 | 55.00 | 104.62 | 2500-00001-V3 |
| 9/22/2008 | SO2 | 4578 | 0.5 | South Flare EQT 049 | 16.3 | 3.72 | 506.12 | 9156.00 | 2500-00001-V3 |
| 9/22/2008 | SO2 | 264 | 3.1 | #3 SRU Incinerator EQT 079 | SRU Cap 200.6 | SRU Cap 45.8 | 55.00 | 85.16 | 2500-00001-V3 |