UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONCERNED CITIZENS AROUND MURPHY, | ) | Case No.: 08-4986 |
| | ) | Section: R |
| *Plaintiff,* | ) | Judge: Vance |
| | ) | Division: 2 |
| v. | ) | Magistrate: Wilkinson |
| | ) | |
| MURPHY OIL USA, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**FIRST AMENDED COMPLAINT**

INTRODUCTION

1.      This is a citizen enforcement suit about violations of air pollution emission limits designed to protect human health and the environment.  Plaintiff brings this action to enforce the federal Clean Air Act, 42 U.S.C. §§ 7401-7671q ("the Act").  Plaintiff is a citizen group with members who live near the oil refinery owned and operated by Defendant Murphy Oil USA, Inc. in Meraux, St. Bernard Parish, Louisiana.

2.      Defendant's Meraux refinery is located in a residential area where community members are still recovering from Hurricane Katrina and from an oil spill of more than one million gallons from Defendant's refinery.

3.      Over the past five years, Defendant's Meraux refinery has emitted more than 800,000 pounds of pollutants over and above the amounts that the law allows.  These pollutants include dangerous chemicals and gases, such as sulfur dioxide, volatile organic compounds, hydrogen sulfide, and nitrogen oxides.

4.      Defendant's violations threaten public health and the environment and, upon information and belief, will continue until enjoined by this Court.

<u>JURISDICTION, VENUE AND NOTICE</u>

5.      This Court has original subject matter jurisdiction over this case under 28 U.S.C. § 1331 (federal question jurisdiction), the Clean Air Act, 42 U.S.C. § 7604(a), and the Declaratory Judgment Act, 28 U.S.C. § 2201.

6.      Venue lies in this District pursuant to the Clean Air Act, 42 U.S.C. § 7604(c)(1), because Defendant's Meraux refinery is a stationary source located within this District.

7.      Plaintiff gave notice of the violations alleged in this Complaint in a letter sent by certified U.S. mail on July 1, 2008 ("Notice Letter"), more than 60 days prior to commencement of this lawsuit, to Defendant, EPA, and the State of Louisiana.  Plaintiff attaches a copy of the Notice Letter to this complaint as Exhibit A, which Plaintiff incorporates by reference.

8.       The Notice Letter satisfies the requirements of 42 U.S.C. § 7604(b).

9.      Neither EPA nor the State of Louisiana is diligently prosecuting a civil or criminal action in court to redress Murphy's violations.

10.     Murphy's Meraux refinery continues to violate the Act.  Upon information and belief, Murphy's violations will continue until enjoined by this Court.

<u>PARTIES</u>

11.     Plaintiff, Concerned Citizens Around Murphy, is a non-profit corporation organized under the laws of the State of Louisiana and a "person" within the meaning of 42 U.S.C. § 7602(e).  Plaintiff's purpose is to protect the health, safety, environment, and quality of life of Meraux and the surrounding communities in St. Bernard Parish.  Since Hurricane Katrina and the Murphy oil spill, Plaintiff has been working to promote community revitalization, by encouraging citizen participation and by providing information and advocacy for all residents who are committed to return, rebuild, and remain in Meraux and surrounding areas.

12.      Plaintiff sues on behalf of its individual members who are injured by Defendant's excess emissions of sulfur dioxide, volatile organic compounds, hydrogen sulfide, nitrogen oxides, and other air pollutants emitted in violation of the Act.  These violations pose risks to public health and the environment in areas where Plaintiff's members live, work, and recreate.  Plaintiff has individual members who breathe and who are otherwise exposed to more harmful air pollutants because of Defendant's excess air emissions that violate the Act.  Plaintiff's members have suffered, are suffering, and will continue to suffer injury from Defendant's violations.  These injuries are actual and concrete and the relief sought in this action would redress them.

13.     Defendant, a wholly owned subsidiary of Murphy Oil Corporation, is a Delaware corporation that is engaged in refining, marketing, and transportation of petroleum products in the United States.  At all times relevant to this citizen suit, Defendant was and currently is the owner and operator of the Meraux refinery, which is the facility that is the subject of the claims for relief in this Complaint.

## STATUTORY AND REGULATORY BACKGROUND

### Federal Regulation

14.     In 1970, Congress amended the Clean Air Act, directing EPA to establish National Ambient Air Quality Standards to protect the public health and welfare from the adverse effects of air pollution.  42 U.S.C. § 7409.  EPA has since established such standards for six pollutants, including sulfur dioxide, nitrogen oxides, particulate matter, carbon monoxide, and ozone.  40 C.F.R. pt. 50.

15.     Defendant's air emission permits implement Clean Air Act provisions, including the National Ambient Air Quality Standards.

### State Implementation

16.     The Clean Air Act provides for state implementation of minimum federal requirements through EPA-approved plans, known as State Implementation Plans.  Such plans must include "enforceable emission limitations and other control measures, means, or techniques . . . as well as schedules and timetables for compliance."  42 U.S.C. § 7410(a)(2)(A).  Once EPA approves a state's plan, its provisions become binding as a matter of federal law.  42 U.S.C. § 7413(a); see also La. Envtl. Action Network v. EPA, 382 F.3d 575, 579 (5th Cir. 2004).

17.     EPA has approved Louisiana's State Implementation Plan.  See 40 C.F.R. § 52.970.

18.     Louisiana's State Implementation Plan applies to owners and operators of any major source of air contaminants in Louisiana as defined by section 501 of the Louisiana air regulations.  La. Admin. Code tit. 33, § III.501.  Provisions of Louisiana's plan require major sources to obtain air permits that will meet the requirements of Louisiana's Part 70 operating permits program.  La. Admin. Code tit. 33, § III.507.A.1.

19.     Murphy Oil's Meraux refinery is a major source.

20.     Louisiana's State Implementation Plan mandates that "the [Part 70] source be operated in compliance with all terms and conditions of the permit. Noncompliance with any term or condition of the permit shall constitute a violation of the Clean Air Act and shall be grounds for enforcement action . . . ."  La. Admin. Code tit. 33, § III.507.B.2.

21.     Louisiana's State Implementation Plan also provides:  "When [air pollution control] facilities have been installed on a property, they shall be used and diligently maintained in proper working order whenever any emissions are being made which can be controlled by the facilities, even though the ambient air quality standards in affected areas are not exceeded."  La. Admin. Code tit. 33, § III.905.A.

22.     Air pollution control facilities are any device or contrivance, operating procedure or abatement scheme used to prevent or reduce particulate matter, dust, fumes, gas, mist, smoke, or vapor, or any combination thereof produced by process other than natural. La. Admin. Code tit. 33, § III.111.

<u>Citizen Suit Provisions</u>

23.     The Clean Air Act authorizes citizens to sue for injunctive relief and civil penalties of up to $32,500 per violation per day, payable to the U.S. Treasury, for the violation of any "emission standard or limitation" under the Act.  42 U.S.C. § 7604(a); <u>see also</u> 40 C.F.R. § 19.4.  Emission standards or limitations include, *inter alia,* permits issued pursuant to the Louisiana State Implementation Plan and Title V of the Clean Air Act.  42 U.S.C. § 7604(f). The Clean Air Act also authorizes federal district courts to enforce emission standards or limitations and to impose appropriate penalties and order beneficial mitigation projects.  42 U.S.C. § 7604(a), (g).

<u>Defendant's Air Permits</u>

24.    The Louisiana Department of Environmental Quality (LDEQ) issued Permits numbered 2500-00001-V1, 2500-00001-V2, and 2500-0000V3 (the "Permits") to Defendant.

25.    Defendant has a legal duty to do "whatever is necessary" to comply with the Permits.  See, e.g., 45 Fed. Reg. 59,874, 59,877 (Sept. 11, 1980) ("The burden is clearly on the source to do whatever is necessary to assure compliance.")

26.    The Permits require Defendant to "comply with all [of their] conditions" and further state that "[a]ny permit noncompliance constitutes a violation of the Clean Air Act and is grounds for enforcement action."  <u>See</u> Permits, 40 C.F.R. pt. 70 General Conditions, C.

27.    The Permits also subject Defendant "to all applicable provisions of the Louisiana Air Quality Regulations."  Further, "[v]iolations of the terms and conditions of [each] permit constitute a violation of these regulations."  <u>See</u> Permits, La. Air Emissions, General Conditions, II.

28.    The Permits contain numerical emission limits for various pollutants.  For Permit #2500-00001-V1, "Emission Inventory Questionnaire sheets establish the emission limitations and are part of the permit."  Permit #2500-00001-V1, La. Air Emissions, General Condition III.  Compliance with numerical emission limits established in these charts is mandatory.  For Permits #2500-0001-V2 and #2500-00001-V3, the charts titled "[t]he Emission Rates for Criteria Pollutant [and] Emission Rates for TAP/HAP … establish the emission limitations and are part of the permit." <u>See</u> Permits #2500-00001-V2 and #2500-00001-V3, La. Air Emissions, General Condition III.  Compliance with numerical emission limits established in these charts is mandatory.

29.    Any release of air pollutants into the atmosphere in excess of an hourly or annual emission limit contained in the Permits, or in excess of any other air emission standard or limitation that applies to Defendant, is a violation of the Permits and a violation of the Clean Air Act.

30.    Hourly emission limits, expressed in pounds per hour, can be an average hourly rate limit, a maximum hourly rate limit, or both.  The Permits express annual emission limits in tons per year, calculated on a rolling 12-month basis.

31.    The Louisiana State Implementation Plan requires Defendant to report "[t]he unauthorized discharge of any air pollutant into the atmosphere."  La. Admin. Code tit. 33, § III.927.

32.    "Unauthorized discharge" is defined to include "a continuous, intermittent, or one-time discharge, whether intentional or unintentional, anticipated or unanticipated, from any permitted or unpermitted source which is in contravention of any provision of the Louisiana Environmental Quality Act (R.S. 30:2001 et seq.) or of any permit or license terms and conditions, or of any applicable regulation, compliance schedule, variance, or exception of the administrative authority. . . ."  La. Admin. Code tit. 33, § I.3905.

33.    Notification regulations require that written notification reports of unauthorized discharges include the following: "[D]etails of the circumstances (unauthorized discharge description and root cause) and events leading to any unauthorized discharge . . .  and if the release point is subject to a permit: a. the current permitted limit for the pollutant(s) released; b. the permitted release point/outfall ID; and c. which limits were exceeded (SO2 limit, mass emission limit, opacity limit, etc.) for air releases."  La. Admin. Code tit. 33, § I.3925.B.4.

34.    Defendant repeatedly and frequently provides reports to LDEQ of unauthorized discharges of air pollutants in amounts that exceed hourly and annual emission limits set in Defendant's Permits.  After Plaintiff sent its Notice Letter on July 1, 2008, Defendant continues to report unauthorized discharges of air pollutants in excess of emission limits set in its Permits. Upon information and belief, Defendant has not made changes to the operation or design of its Meraux refinery sufficient to prevent unauthorized discharges of air pollutants in excess of emission limits set in Defendant's Permits.

Violations

35.    The chart attached to this Complaint as Exhibit B, which is incorporated by reference, lists examples of Defendant's discharges of air pollutants that exceed emission limits set in Defendant's Permits.  The information contained in this chart is from reports that Defendant submitted to LDEQ in accordance with Louisiana State Implementation Plan provision La. Admin. Code tit. 33, § III.927.

36.    Since October 2003, Defendant has emitted more than 800,000 pounds of pollutants in excess of the limits in its Permits.

37.    On at least 15 occasions, Defendant has emitted more than half of its yearly permitted total for a pollutant in a single permit violation.

38.    On more than 120 occasions in the past five years Defendant has emitted pollutants at a rate that exceeds the hourly emission limits set in its Permits.

39.    Defendant has exceeded its hourly emission limits in its Permits at rates hundreds, thousands, and even millions times greater than the permit limits.

40.    In one breach, Defendant discharged volatile organic compounds at a rate 48 million times greater than the hourly limit set in its permit.

41.    Defendant has exceeded annual emission limits set in its Permits.  On at least five occasions, Defendant has exceeded its annual emission limits during a single emission event.

Risks to Public Health and the Environment

42.    Exposure to air pollution poses risks to public health.  Air pollution can attack various systems within the body including the pulmonary, vascular, cardiac, and neurological systems.  Problems associated with air pollution can be acute or chronic.  Acute health problems include headaches, eye irritation, and nausea.  Chronic illnesses associated with air pollution include lung cancer, respiratory disease, and brain and nerve damage.

43.    Sulfur dioxide, volatile organic compounds, hydrogen sulfide, nitrogen oxides, and particulate matter can cause serious health and environmental problems.

44.    Sulfur dioxide reacts with other chemicals in the air to form sulfate particles. When inhaled, these particles can gather in the lungs and are associated with difficulty in breathing, and premature death.  Children, people who are active outdoors, and people with asthma are particularly susceptible.  Sulfur dioxide also accelerates the decay of building materials and paints. Natural processes can transport sulfur dioxide gas and sulfate particles over long distances.

45.    Volatile organic compounds and nitrous oxides help form ground-level ozone. Ozone is a primary component of smog.  Ozone can aggravate asthma and damage people's lungs. Natural processes can transport ozone and its precursors over long distances

46.    Volatile organic compounds are a class of pollutants that include benzene, vinyl chloride, chloroform, toluene, and styrene.  Health risks associated with this class of chemicals include eye, nose, and throat irritation, headaches, loss of coordination, liver damage, kidney

47.     Defendant does not list in its unauthorized discharge reports precisely which volatile organic compounds it releases.

48.     Hydrogen sulfide is a flammable colorless gas with a powerful odor of rotten eggs that people can detect at low concentrations.  Exposure to hydrogen sulfide in the air, even in low concentrations, can irritate the eyes, nose, throat, and respiratory system.

49.     Defendant's emissions contribute to the poor air quality near its plant and elsewhere in St. Bernard and the surrounding parishes.

50.     Exposure to Defendant's emissions impairs the ability of Plaintiff's members to enjoy life in their community.

51.     Odors from the Defendant's excessive emissions annoy Plaintiff's members.  The odors are particularly strong when the refinery is flaring.

52.     Plaintiff's members are concerned about potential health impacts from breathing Defendant's emissions.

53.     Plaintiff's members sometimes forgo activities in which they would otherwise engage in order to avoid annoyance and health risks from Defendant's emissions.

<u>Need For Court Action</u>

54.     Upon information and belief, without the issuance of injunctive relief and the assessment of civil penalties, Defendant will continue to discharge illegal, excess emissions of harmful pollutants and further injure Plaintiff's members and the environment.

55.     Injunctive relief is particularly important because Defendant's violations cause Plaintiff's members irreparable harm for which there is no adequate remedy of law.

## FIRST CAUSE OF ACTION
### (Violation of Emission Limits and Clean Air Act)

56.    Defendant must comply with emission limitations in its Permits and regulations issued pursuant to the Louisiana State Implementation Plan.

57.    Defendant's Permits contain federally enforceable emission limits.

58.    Emissions from Defendant's Meraux refinery of sulfur dioxide, volatile organic compounds, nitrogen oxides, hydrogen sulfide, and other pollutants, have repeatedly exceeded, and continue to exceed, the hourly and annual emission limits set in Defendant's Permits.

59.    Each release by Defendant of a pollutant in violation of an emission limit contained in its Permits is a separate violation of the Clean Air Act.

60.    As provided by sections 113(e) and 304(a) of the Act, 42 U.S.C. §§ 7413(e) and 7604(a), the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461, and 40 C.F.R. § 19.4, the violations described above subject Defendant to injunctive relief and civil penalties of up to $32,500 per day for each violation of the Clean Air Act.

## SECOND CAUSE OF ACTION
### (Failure to Maintain Pollution Control Devices in Violation of Clean Air Act)

61.    Upon information and belief, Defendant discharges pollutants in violation of its permits in part because of Defendant's failure to diligently maintain pollution control devices installed at its facility, as required by the Louisiana State Implementation Plan. La. Admin. Code tit. 33, § III.905.A.

62.    Defendant's #2 and #3 sulfur recovery units and tail gas treaters, among others, are pollution control devices.  These, and other, pollution control devices exhibit a pattern of breakdowns and malfunctions.  Upon information and belief, these breakdowns and malfunctions result from Defendant's continuing failure to diligently maintain these pollution control devices.

63.    Defendant's failure to diligently maintain pollution control devices violates the Louisiana State Implementation Plan provision La. Admin. Code tit. 33, § III.905.A. Violations of the Louisiana State Implementation Plan are violations of the Clean Air Act.

64.    As provided by sections 113(e) and 304(a) of the Act, 42 U.S.C. §§ 7413(e) and 7604(a), the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461, and 40 C.F.R. § 19.4, the violations described above subject Defendant to injunctive relief and civil penalties of up to $32,500 per day for each violation of the Clean Air Act.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this court:

A.    Declare that Defendant has been, and continues to be, in violation of the Clean Air Act.

B.    Permanently enjoin Defendant from operating the Meraux Refinery, except within applicable permit limits and in accordance with the Clean Air Act;

C.    Assess civil penalties of $32,500 for each day of each of Defendant's violations;

D.    Apply $100,000 of the civil penalties toward beneficial mitigation projects within the community, as provided by 42 U.S.C. § 7604(g)(2);

E.    Order Defendant to pay reasonable litigation costs including attorney's fees, expert witness fees, and costs as provided by 42 U.S.C. § 7604(d);

F.    Grant other relief such as this court deems proper.

Respectfully submitted on January 27, 2009,

s/ Adam Babich

_____
Adam Babich, SBN: 27177
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret Street
New Orleans, Louisiana 70118
Telephone:  (504)865-5789 // Fax:  (504)862-8721
*Counsel for Plaintiff Concerned Citizens Around Murphy*

Amendment prepared by Matthew B. Miller, Law
Student, *Tulane Environmental Law Clinic*

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on January 27, 2009.

     /s/ Adam Babich

     _____
     Adam Babich, SBN: 27177





Tulane Environmental Law Clinic

July 1, 2008

*Reference No. 161-003*

**CERTIFIED MAIL**
**7003 3110 0004 6222 1657**
**RETURN RECEIPT REQUESTED**
Mr. Lynn G. Bourgeois, Refinery Manager
Murphy Oil U.S.A., Inc.
Meraux Refinery
P.O. Box 100
2500 E. St Bernard Highway
Meraux, LA 70075-2427

**CERTIFIED MAIL**
**7003 3110 0004 6222 1640**
**RETURN RECEIPT REQUESTED**
Mr. Stephen L. Johnson, Administrator
U.S. EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Avenue N.W.
Mail Code: 1101A
Washington, D.C. 20460

**CERTIFIED MAIL**
**7003 3110 0004 6222 1664**
**RETURN RECEIPT REQUESTED**
Dr. Harold Leggett, Secretary
Louisiana Department of Environmental
Quality
Office of the Secretary
P.O. Box 4301
Baton Rouge, LA 70821-4301

Re:    Notice of Violations and Intent to File Citizen Suit Against Murphy Oil
       U.S.A., Inc. Under the Clean Air Act, 42 U.S.C. § 7604 and the Louisiana
       Environmental Quality Act, La. Rev. Stat. §30:2026.

Dear Messrs. Cagel, Johnson, and Dr. Leggett:

      Concerned Citizens Around Murphy ("Concerned Citizens") provides Murphy Oil
U.S.A., Inc. with this notice of violations of Clean Air Act § 502; the Louisiana
Environmental Quality Act, La. Rev. Stat. §30:2057; and Louisiana Emission Control
Regulations, La. Admin. Code tit. 33, pt. III, §§ 501.C.4, 507.B.2, 905.A.  The

Concerned Citizens intend to file a citizen enforcement suit under Clean Air Act § 304 for these violations. The law requires us to provide advance notice of this lawsuit in part to give the parties an opportunity to try to resolve the issues raised in this notice without litigation. We would be pleased to use this time to explore a cooperative resolution of the violations we allege here.

Clean Air Act § 304 authorizes:

[A]ny person [to] commence a civil action on his own behalf against any person…who is alleged to have violated (if there is evidence that the alleged violation has been repeated) or to be in violation of (A) an emission standard or limitation under this chapter or (B) an order issued by the Administrator or a State with respect to such a standard or limitation.

42 U.S.C. § 7604(a)(1).

The Clean Air Act defines "emission standard or limitation" as:

(1) a schedule or timetable of compliance, emission limitation, standard of performance or emission standard…or (4) any other standard, limitation, or schedule established under any permit issued pursuant to subchapter V of this chapter or under any applicable State implementation plan approved by the Administrator, any permit term or condition, and any requirement to obtain a permit as a condition of operations.

42 U.S.C. § 7604(f).

In addition, the Concerned Citizens intend to file a citizen enforcement suit under the Louisiana Environmental Quality Act to enforce state violations. The Louisiana Environmental Quality Act authorizes "any person having an interest, which is or may be adversely affected, [to] commence a civil action on his own behalf against any person whom he alleges to be in violation of this Subtitle or of the regulations promulgated hereunder." La. Rev. Stat. § 30:2026A(1).

**Person Giving Notice:**

Concerned Citizens Around Murphy
2308 Despaux Drive
Chalmette, LA 70043
504-271-2805

Concerned Citizens Around Murphy is a non-profit, incorporated community organization that seeks to protect the health, safety, welfare and quality of life of this longstanding and important community and also to preserve their neighborhood's revitalization since Hurricane Katrina and the oil spill. The Concerned Citizens

accomplishes this by encouraging citizen participation and providing advocacy for all residents who are committed to return, rebuild and remain in St. Bernard Parish Louisiana.

## Concerned Citizens' Counsel:

Adam Babich, Director, SBN: 27177
Corinne Van Dalen, Supervising Attorney, SBN: 21175
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118
Phone: (504) 862-8818
Fax: (504) 862-8721

## Person Responsible for Alleged Violations:

Murphy Oil U.S.A., Inc., as owner and operator of the Murphy Oil Refinery in Meraux, Louisiana is responsible for violations of Clean Air Act, 42 U.S.C. § 7661a(a); the Louisiana Environmental Quality Act, La. Rev. Stat. §30:2057; and Louisiana Emission Control Regulations, La. Admin. Code tit. 33, pt. III, §§ 501.C.4, 507.B.2, 905.A.

## Location of the Violations:

Murphy Oil U.S.A., Inc. has committed these violations at the Murphy Oil Refinery located at 2500 E. St Bernard Highway, Meraux, LA 70075-2427.

## Dates of the Violations

The violations began by at least the first date listed in the tables below (10/15/2003) and are ongoing.

## Description of Murphy Oil's Clean Air Act Violations:

A.    Murphy Oil's Title V Permit Emission Limit Violations.

Louisiana implements the Clean Air Act Title V program pursuant to its State Implementation Plan (SIP) which the EPA approved pursuant to Clean Air Act § 110. See 40 C.F.R. § 52.970. Clean Air Act § 502 and the Louisiana Title V permit operating program, La. Admin. Code, tit. 33, pt. III, §507.B.2, have at all relevant times made it unlawful for a person to violate Title V permit requirements.

Specifically, Clean Air Act § 502 provides: "[A]fter the effective date of a permit program approved or promulgated under this subchapter, it shall be unlawful for any person to violate any requirement of a permit issued under [Title V], or to operate ... a major source ... except in compliance with a permit issued by a permitting authority

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 4 of 13

under [Title V]." 42 U.S.C. § 7661a(a). The corresponding Louisiana regulation provides: "Upon issuance of the permit, the [Title V] source shall be operated in compliance with all terms and conditions of the permit. Noncompliance with any federally applicable term or condition of the permit shall constitute a violation of the Clean Air Act and shall be grounds for enforcement action." La. Admin. Code, tit. 33, pt. III, §507.B.2

Murphy Oil U.S.A., Inc. repeatedly violates emission limits set for various pollutants in permits issued to it by the LDEQ pursuant to the Louisiana SIP and Title V of the Clean Air Act. Each time Murphy Oil U.S.A., Inc. releases pollutants in excess of its permit limits, without LDEQ's prior authorization, it violates the Clean Air Act.

By way of example and not limitation, the Concerned Citizens lists Murphy Oil's violations of its permitted emission limits as follows for Title V permit number 2500-00001-V1.

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit (Lbs/Hour) | Average Rate During Event (Lbs/Hour) |
|---|---|---|---|---|---|---|---|
| 10/15/2003 | SO2 | 93,515 | 92 | North Flare | 15.6 | 3.84 | 1016.47 |
| | | | | South Flare | 16.2 | 506.00 | |
| | | | | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | |
| | | | | B-4 Boiler | - | 3.00 | |
| | | | | E-W Vacuum Heaters | - | 82.90 | |
| | | | | Alkyl Reboiler | - | 7.18 | |
| 10/26/2003 | VOC's | 90 | 15 | Tank 200-4 | - | 1.28 | 6.00 |
| 10/31/2003 | Particulate | unknown | 0.5 | South Flare | 1.25 | 0.28 | Unknown |
| 10/31/2003 | VOC's isobutane | 9,740 | 0.5 | South Flare | 2.34 | 5.35 | 19,480.00 |
| 11/3/2003 | SO2 | 4,840 | 46 | North Flare | 15.6 | 3.84 | 105.22 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 5 of 13

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | South Flare | 16.2 | 506.00 |  |
|  |  |  |  | #2 SRU Incinerator | Heaters Cap 450 | 18.30 |  |
|  |  |  |  | B-4 Boiler | - | 3.00 |  |
|  |  |  |  | E-W Vacuum Heaters | - | 82.90 |  |
|  |  |  |  | Alkyl Reboiler | - | 7.18 |  |
| 11/5/2003 | VOC's napthalene | 73 | 24 | tank 80-2 | - | 0.00 | 3.04 |
| 11/28/2003 | VOC's napthalene | 83 | 2.75 | FUGITIVE | 1.05 | 0.63 | 30.18 |
| 11/30/2003 | SO2 | 584 | 0.33 | North Flare | 15.6 | 3.84 | 1769.70 |
| 11/30/2003 | SO2 | 298 | 8.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 34.06 |
| 12/7/2003 | VOC Dimethyl Sulfide | unknown | 144 | FUGITIVE | 57 | 13.00 | unknown |
| 12/9/2003 | SO2 | 31 | 0.58 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 53.45 |
| 12/18/2003 | SO2 | 76 | 1.67 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 45.51 |
| 12/23/2003 | SO2 | 32 | 0.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 64.00 |
| 12/31/2003 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24.00 | Unknown |
| 3/29/2004 | SO2 | 423 | 4.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 94.00 |
| 4/6/2004 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24.00 | Unknown |
| 4/30/2004 | H2S | 43 | 1.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 28.67 |
| 4/30/2004 | SO2 | 243 | 3.0 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 81.00 |
| 5/10/2004 | VOC's | 1581 | 0.75 | North Flare | 15.6 | 3.84 | 2108.00 |
| 5/11/2004 | SO2 | 231 | 5.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 42.00 |
| 5/11/2004 | SO2 | 7084 | 2 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 3542.00 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 6 of 13

| 5/14/2004 | VOC's | 2100 | 1.25 | FUGITIVE | 1060 | 243.00 | 1680.00 |
|---|---|---|---|---|---|---|---|
| 6/24/2004 | SO2 | 17,178 | 5.33 | North Flare | 15.6 | 3.84 | 3222.89 |
| 6/24/2004 | SO2 | 392 | 11.4 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 34.39 |
| 7/4/2004 | SO2 | 294 | 7 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 42.00 |
| 7/23/2004 | SO2 | 714 | 38 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 18.79 |
| 7/28/2004 | SO2 | 1346 | 53 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 25.40 |
| 8/4/2004 | SO2 | 315 | 7.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 42.00 |
| 8/14/2004 | H2S | 6 | 0.125 | FUGITIVE | 0.7 | 0.16 | 48.00 |
| 8/14/2004 | SO2 | 90,017 | 13.75 | North Flare | 15.6 | 3.84 | 6546.69 |
| 8/14/2004 | SO2 | 1,124 | 11.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 95.66 |
| 8/20/2004 | SO2 | 27 | 1 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 27.00 |
| 8/21/2004 | VOC's | 4 | 0.75 | FUGITIVE | 1060 | 243.00 | 5.33 |
| 9/28/2004 | VOC's | 3.35 | 0.25 | FUGITIVE | 1060 | 243.00 | 13.40 |
| 10/26/2004 | SO2 | 1411 | 14.25 | North Flare | 15.6 | 3.84 | 99.02 |
| 10/31/2004 | SO2 | 624 | 33 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 18.91 |
| 11/24/2004 | Particulate | unknown | 3 | North Flare | 1.06 | 24.00 | Unknown |
| 11/24/2004 | Particulate | unknown | 3 | South Flare | 1.25 | 0.28 | Unknown |
| 11/26/2004 | SO2 | 1023 | 11 | North Flare | 15.6 | 3.84 | 93.00 |
| 11/27/2004 | SO2 | 1305 | 14.5 | North Flare | 15.6 | 3.84 | 90.00 |
| 11/30/2004 | SO2 | 6719 | 0.83 | North Flare | 15.6 | 3.84 | 8095.18 |
| 12/6/2004 | SO2 | 10625 | 9 | North Flare | 15.6 | 3.84 | 1180.56 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 7 of 13

| 12/6/2004 | SO2 | 279 | 4.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 62.00 |
|-----------|-----|-----|-----|--------------------|-----------------|-------|------|
| 12/7/2004 | SO2 | 1897 | 1.25 | North Flare | 15.6 | 3.84 | 1517.60 |
| 1/12/2005 | SO2 | 1647 | 15.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 106.26 |
| 1/15/2005 | SO2 | 540 | 6.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 80.00 |
| 2/9/2005 | SO2 | 8250 | 12 | North Flare | 15.6 | 3.84 | 687.50 |
| 2/11/2005 | SO2 | 2951 | 1 | North Flare | 15.6 | 3.84 | 2951.00 |
| 2/12/2005 | SO2 | 1476 | 0.5 | North Flare | 15.6 | 3.84 | 2952.00 |
| 2/12/2005 | SO2 | 5312 | 1 | South Flare | 16.2 | 506.00 | 5312.00 |
| 2/18/2005 | SO2 | 13397 | 15.5 | North Flare | 15.6 | 3.84 | 864.32 |
| 2/19/2005 | SO2 | 37186 | 9 | North Flare | 15.6 | 3.84 | 4131.78 |
| 2/21/2005 | SO2 | 1181 | 0.5 | North Flare | 15.6 | 3.84 | 2362.00 |
| 2/21/2005 | SO2 | 15503 | 126 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 123.04 |
| 3/3/2005 | SO2 | 705 | 0.83 | North Flare | 15.6 | 3.84 | 849.40 |
| 3/15/2005 | SO2 | 488 | 8.5 | #3 SRU Incinerator | 120 | 27.50 | 57.41 |
| 3/15/2005 | SO2 | 3542 | 8.5 | South Flare | 16.2 | 506.00 | 416.71 |
| 3/23/2005 | SO2 | 4553 | 2.25 | South Flare | 16.2 | 506.00 | 2023.56 |
| 5/30/2005 | SO2 | 3,133 | 1.7 | South Flare | 16.2 | 506.00 | 1842.94 |
| 6/15/2005 | SO2 | 20,520 | 2.1 | South Flare | 16.2 | 506.00 | 9771.43 |
| 6/21/2005 | Particulate | Unknown | 6 | North Flare | 1.06 | 24.00 | Unknown |
| 6/21/2005 | Particulate | Unknown | 6 | South Flare | 1.25 | 0.28 | Unknown |
| 6/21/2005 | SO2 | 38,538 | 5.5 | South Flare | 16.2 | 506.00 | 7006.91 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 8 of 13

| 6/21/2005 | SO2 | 126 | 3 | South Flare | 16.2 | 506.00 | 42.00 |
|---|---|---|---|---|---|---|---|
| 7/3/2005 | SO2 | 187 | 4.5 | #3 SRU Incinerator | 120 | 27.50 | 41.56 |
| 7/6/2005 | SO2 | 11804 | 4 | North Flare | 15.6 | 3.84 | 2951.00 |
| 7/6/2005 | SO2 | 12816 | 4 | South Flare | 16.2 | 506.00 | 3204.00 |
| 7/8/2005 | SO2 | 53 | 1 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 53.00 |
| 7/9/2005 | SO2 | 226 | 4.25 | #3 SRU Incinerator | 120 | 27.50 | 53.18 |
| 7/11/2005 | SO2 | 9,809 | 2.5 | North Flare | 15.6 | 3.84 | 3923.60 |
| 7/18/2005 | SO2 | 12,069 | 3.67 | South Flare | 16.2 | 506.00 | 3288.56 |
| 7/31/2005 | SO2 | 82094 | 13.75 | North Flare | 15.6 | 3.84 | 5970.47 |
| 7/31/2005 | SO2 | 4427 | 0.75 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 5902.67 |
| 8/9/2005 | SO2 | 1,163 | 4.67 | #3 SRU Incinerator | 120 | 27.50 | 249.04 |
| 8/12/2005 | SO2 | 1,535 | 6.5 | South Flare | 16.2 | 506.00 | 236.15 |
| 8/15/2005 | SO2 | 28,201 | 3.75 | South Flare | 16.2 | 506.00 | 7520.27 |
| 6/18/2006 | SO2 | 14,545 | 2.5 | North Flare | 15.6 | 3.84 | 5818.00 |
| 6/28/2006 | SO2 | 319 | 2 | #3 SRU Incinerator | 120 | 27.50 | 159.50 |
| 6/28/2006 | SO2 | 29,513 | 2.5 | South Flare | 16.2 | 506.00 | 11805.20 |
| 7/1/2006 | SO2 | 1,282 | 0.25 | North Flare | 15.6 | 3.84 | 5128.00 |
| 7/7/2006 | SO2 | 430 | 2.5 | #3 SRU Incinerator | 120 | 27.50 | 172.00 |
| 7/7/2006 | SO2 | 29,175 | 5 | North Flare | 15.6 | 3.84 | 5835.00 |
| 7/7/2006 | SO2 | 14,335 | 1 | South Flare | 16.2 | 506.00 | 14335.00 |
| 7/16/2006 | SO2 | 410 | 2.25 | #3 SRU Incinerator | 120 | 27.50 | 182.22 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 9 of 13

| 7/16/2006 | SO2 | 17708 | 3.75 | North Flare | 15.6 | 3.84 | 4722.13 |
|---|---|---|---|---|---|---|---|
| 7/16/2006 | SO2 | 20743 | 1.5 | South Flare | 16.2 | 506.00 | 13828.67 |
| 7/16/2006 | SO2 | 571 | 9.5 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 60.11 |
| 7/19/2006 | SO2 | 2755 | 0.6 | North Flare | 15.6 | 3.84 | 4591.67 |
| 7/19/2006 | SO2 | 205 | 2.9 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 70.69 |
| 8/3/2006 | SO2 | 1540 | 9 | South Flare | 16.2 | 506.00 | 171.11 |
| 8/7/2006 | SO2 | 501 | Unreported | North Flare | 15.6 | 3.84 | Unreported |
| 8/19/2006 | SO2 | 1840 | 11.33 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 162.40 |
| 8/19/2006 | VOC's | 452 | 11.33 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 39.89 |
| 8/21/2006 | SO2 | 253 | 0.5 | North Flare | 15.6 | 3.84 | 506.00 |
| 8/23/2006 | SO2 | 334 | 0.66 | North Flare | 15.6 | 3.84 | 506.06 |
| 9/17/2006 | Particulate | Unknown | 1 | North Flare | 1.06 | 24.00 | Unknown |
| 9/17/2006 | Particulate | Unknown | 1 | South Flare | 1.25 | 0.28 | Unknown |
| 10/11/2006 | SO2 | 457 | 7 | #3 SRU Incinerator | 120 | 27.50 | 65.29 |
| 10/16/2006 | SO2 | 842 | 3.33 | North Flare | 15.6 | 3.84 | 252.85 |
| 10/18/2006 | SO2 | 779 | 1 | #3 SRU Incinerator | 120 | 27.50 | 779.00 |
| 10/18/2006 | SO2 | 10,751 | 4 | North Flare | 15.6 | 3.84 | 2687.75 |
| 10/18/2006 | SO2 | 9,739 | 9 | South Flare | 16.2 | 506.00 | 1082.11 |
| 10/18/2006 | SO2 | 3,373 | 63 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 53.54 |
| 10/29/2006 | SO2 | 594 | 13 | #3 SRU Incinerator | 120 | 27.50 | 45.69 |
| 12/2/2006 | SO2 | 35 | 0.2 | South Flare | 16.2 | 506.00 | 175.00 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 10 of 13

| 12/6/2006 | SO2 | 414 | 5.33 | #3 SRU Incinerator | 120 | 27.50 | 77.67 |
|---|---|---|---|---|---|---|---|
| 12/11/2006 | SO2 | 976 | 16.75 | #2 SRU incinerator | Heaters Cap 450 | 18.30 | 58.27 |
| 12/18/2006 | SO2 | 137 | 0.25 | North Flare | 15.6 | 3.84 | 548.00 |
| 2/5/2007 | SO2 | 458 | 6.67 | #3 SRU Incinerator | 120 | 27.50 | 68.67 |
| 2/23/2007 | SO2 | 367 | 3.25 | #3 SRU Incinerator | 120 | 27.50 | 112.92 |
| 2/28/2007 | SO2 | 573 | 9.75 | #3 SRU incinerator | 120 | 27.50 | 58.77 |
| 4/28/2007 | H2S | 53 | Unreported | FUGITIVE | 0.7 | 0.16 | Unreported |
| 4/28/2007 | CH4 | 431 | Unreported | FUGITIVE | 35.4 | 8.09 | Unreported |
| 5/18/2007 | SO2 | 5388 | 68.05 | #3 SRU Incinerator | 120 | 27.50 | 79.18 |
| 5/18/2007 | SO2 | 7253 | 1 | South Flare | 16.2 | 506.00 | 7253.00 |
| 5/29/2007 | SO2 | 789 | 10.5 | #3 SRU Incinerator | 120 | 27.50 | 75.14 |
| 7/12/2007 | SO2 | 113 | 1 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 113.00 |
| 8/2/2007 | SO2 | 1110 | 90 | South Flare | 16.2 | 506.00 | 12.33 |
| 8/16/2007 | SO2 | 1031 | 5.5 | #3 SRU Incinerator | 120 | 27.50 | 187.45 |
| 8/16/2007 | SO2 | 261 | 0.5 | North Flare | 15.6 | 3.84 | 522.00 |
| 8/23/2007 | SO2 | 19,000 | 3.5 | South Flare | 16.2 | 506.00 | 5428.57 |
| 9/10/2007 | SO2 | 9557 | 3.5 | South Flare | 16.2 | 506.00 | 2730.57 |
| 9/24/2007 | SO2 | 25 | 0.5 | North Flare | 15.6 | 3.84 | 50.00 |
| 9/28/2007 | SO2 | 18,846 | 3 | North Flare | 15.6 | 3.84 | 6282.00 |
| 9/28/2007 | SO2 | 5,142 | 58.75 | #2 SRU Incinerator | Heaters Cap 450 | 18.30 | 87.52 |
| 10/30/2007 | SO2 | 30 | 0.66 | #3 SRU Incinerator | 120 | 27.50 | 45.45 |

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 11 of 13

By way of example and not limitation, the Concerned Citizens lists Murphy Oil's violations of its permitted emission limits as follows for Title V permit number 2500-00001-V2.

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit (Lbs/Hour) | Average Rate During Event (Lbs/Hour) |
|---|---|---|---|---|---|---|---|
| 1/2/2008 | VOC's | 289 | 0.05 | North Flare | 13.42 | 3.06 | 5780.00 |
| 1/2/2008 | SO2 | 40 | 0.05 | North Flare | 2.1 | 0.62 | 800.00 |
| 1/2/2008 | NOx | 43 | 0.05 | North Flare | 6.52 | 1.49 | 860.00 |
| 1/3/2008 | SO2 | 123 | 0.66 | #3 SRU Incinerator | SRU Cap 200.6 | 55.00 | 186.36 |
| 1/20/2008 | H2S | 51 | 1 | #3 SRU Incinerator | 4.2 | 1.00 | 51.00 |
| 1/20/2008 | SO2 | 687 | 8.9 | #2 SRU Incinerator | SRU Cap 200.6 | 18.30 | 77.19 |
| 1/29/2008 | VOC's | 308 | 0.25 | North Flare | 13.42 | 3.06 | 1232.00 |
| 1/29/2008 | NOX | 43 | 0.25 | North Flare | 6.52 | 1.49 | 172.00 |
| 1/29/2008 | Particulate | Unknown | 0.25 | North Flare | Unknown | Unknown | Unknown |
| 1/30/2008 | SO2 | 307 | 3.8 | #2 SRU Incinerator | SRU Cap 200.6 | 18.30 | 80.79 |

## Description of Murphy Oil's Louisiana Environmental Quality Act Violations:

A.  Murphy Oil Violates La. Rev. Stat. § 30:2057 and La. Admin. Code tit. 33, pt. III, § 501.C.4 When It Emits Pollutants In Excess of Limits Established Under Its Air Permits.

The Louisiana Environmental Quality Act prohibits discharges of "contaminants … into the air of this state in violation of regulations of the secretary or the terms of any permit, license, or variance." La. Rev. Stat. § 30:2057. In addition, the Louisiana Administrative Code provides that a "source shall be operated in accordance with all terms and conditions of the permit. Noncompliance with any term or condition of the permit shall constitute a violation of this Chapter and shall be grounds for enforcement

action." La. Admin. Code tit. 33, pt. III, § 501.C.4. Therefore, all of Murphy Oil's Clean Air Act permit violations listed above are also violations of the Louisiana Environmental Quality Act § 30:2057 and the Louisiana Administrative Code title 33, part III, section 501.C.4.

B.    **Murphy Oil Violates La. Admin. Code tit. 33, pt. III, § 905.A By Failing to Diligently Maintain Its Emission Control Equipment.**

Murphy Oil U.S.A., Inc. has violated and continues to violate the Louisiana Administrative Code, title 33, part III, section 905.A.[1] This SIP provision provides: "When facilities have been installed on a property, *they shall be used and diligently maintained in proper working order whenever any emissions are being made which can be controlled by the facilities*, even though the ambient air quality standards in affected areas are not exceeded." La. Admin. Code tit. 33, pt. III § 905 (emphasis added).

Murphy Oil's pattern of repeated unauthorized discharge violations demonstrates that Murphy Oil U.S.A., Inc. does not diligently maintain the pollution control facilities at the Murphy Oil Meraux Refinery in proper working order, and therefore is violating Louisiana Administrative Code, part III, section 905.A.

**Relief Sought by Concerned Citizens:**

The Concerned Citizens may seek declaratory, injunctive relief, and civil penalties of up to $32,500[2] per day for each violation of the Clean Air Act. 42 U.S.C. § 7604(a).

We believe this notice of violation and intent to sue sufficiently states the grounds for a suit against Murphy Oil U.S.A., Inc. under the Clean Air Act, 42 U.S.C. § 7604 and the Louisiana Environmental Quality Act, La. Rev. Stat. §30:2026, for violations of Clean Air Act, 42 U.S.C. § 7661a(a); the Louisiana Environmental Quality Act, La. Rev. Stat. §30:2057; and the Louisiana Emission Control Regulations, La. Admin. Code tit. 33, pt. III, §§ 501.C.4, 507, 905.A. This notice covers violations since October, 2003. The Concerned Citizens' suit, when filed, will also address any violations revealed during the discovery process. As noted above, during the notice period, we would be pleased to discuss this matter further.

---

[1] EPA approved La. Admin. Code tit. 33, pt. III § 905.A EPA as part of Louisiana's SIP pursuant to § 110 of the Clean Air Act and codified at 40 C.F.R. § 52.970.

[2] 40 C.F.R. § 19.4 (2006). Table 1: Table of Civil Monetary Penalty Inflation Adjustments: $27,500 penalty effective between January 30, 1997 and March 15, 2004. $32,500 penalty effective after March 15, 2004, with new adjustment for 2007.

Concerned Citizens Around Murphy Notice to Murphy Oil Refinery
7/2/2008
Page 13 of 13

Prepared by:                                          Respectfully submitted by:

_____                             _____
Andrew Seidel, Law Student                           Corinne Van Dalen, SBN: 21175
Tulane Environmental Law Clinic                      TULANE ENVIRONMENTAL LAW
                                                     CLINIC
                                                     6329 Freret Street
                                                     New Orleans, Louisiana 70118
                                                     Phone: (504) 862- 8818
                                                     Fax: (504) 862-8721
                                                     *Counsel for Concerned Citizens Around
                                                     Murphy*

Cc:

**CERTIFIED MAIL**                                   **CERTIFIED MAIL**
**7003 3110 0004 6222 1671**                         **7003 3110 0004 6222 1718**
**RETURN RECEIPT REQUESTED**                         **RETURN RECEIPT REQUESTED**
Murphy Oil U.S.A., Inc.                              The Honorable Bobby Jindal, Governor of
P.O. Box 7000                                        Louisiana
El Dorado, Arkansas 71731-7000                       Office of the Governor
                                                     P.O. Box 94004
                                                     Baton Rouge, LA 70804-9004

**CERTIFIED MAIL**                                   **CERTIFIED MAIL**
**7003 3110 0004 6222 1688**                         **7003 3110 0004 6222 1701**
**RETURN RECEIPT REQUESTED**                         **RETURN RECEIPT REQUESTED**
Registered Agent for Murphy Oil U.S.A.,              Mr. James D. Caldwell, Attorney General
Inc.                                                 Louisiana Office of the Attorney General
C. T. Corporation System,                            P.O. Box 94005
5615 Corporate Blvd., Suite 400B,                    Baton Rouge, LA 70804-9004
Baton Rouge, LA 70808

**CERTIFIED MAIL**                                   **CERTIFIED MAIL**
**7003 3110 0004 6222 1695**                         **7003 3110 0004 6222 1732**
**RETURN RECEIPT REQUESTED**                         **RETURN RECEIPT REQUESTED**
Mr. Richard Greene, Regional                         Mr. Michael B. Mukasey, U.S. Attorney
Administrator                                        General
E.P.A. Region 6                                      U.S. Department of Justice
1445 Ross Avenue                                     950 Pennsylvania Avenue, NW
Suite 1200                                           Washington, D.C.  20530-0001
Mail Code: 6RA
Dallas, TX 75202

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Registered Agent for Murphy Oil USA Inc
C.T. Corporation System
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CT Corporation System       ☐ Agent
5615 Corporate             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Suite 400B
Baton Rouge                0808

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1688

PS Form 3811, February          7003 3110 0004 6222 1688       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Murphy Oil USA, Inc.
P.O. Box 7000
El Dorado, Arkansas 71731-7000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☒ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                               7-7-2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☒ No

JUL 7 2008

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1671

PS Form 3811, February 20       7003 3110 0004 6222 1671       102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Stephen L Johnson, Administrator
US EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Ave N.W.
Mail code 1101A
Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
                               ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                               7/8/08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1640

PS Form 3811, February 2004     Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    EPA US MAIL CENTER
X    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

JUN 0 8 2008

1. Article Addressed to:

Mr. Richard Greene, Regional Administrator
EPA Region 6
1445 Ross Avenue
Suite 1200, Mail Code 6RA
Dallas TX 75202

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1695

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Dr. Harold Leggett, Secretary
Louisiana Dept of Environmental Quality
Office of the Secretary
P.O. Box 4301
Baton Rouge 70821-4301

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1664

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
D. Smith    7/2/08

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Mr. Lynn G. Bourgeois, Refinery Mgr.
Murphy Oil USA Inc.
Meraux Refinery
P.O. Box 100, 2500 E. St Bernard Hwy
Meraux LA 70075-2427

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1657

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

The Honorable Bobby Jindal, Governor
Office of the Governor
PO Box 94004
Baton Rouge, LA 70804-9004

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1718

7003 3110 0004 6222 1718

PS Form 3811, February 2004    (2595-02-M-1540)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Mr. Michael B. Mukasey, US Atty Gen.
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1732

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Mr. James D. Caldwell, Atty General
Louisiana Office of the Atty General
PO Box 94005
Baton Rouge, LA 70804-9004

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 6222 1701

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Murphy Oil

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2003 | Particulate | unknown | 0.5 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 10/31/2003 | VOC's (isobutane burned at flare but VOC 's not | 9,740 | 0.5 | South Flare | 2.34 | 5.35 | 5.35 | 19480.00 | 2500-00001-V1 |
| 11/3/2003 | SO2 | 4,840 | 46 | North Flare | 15.6 | 3.84 | 3.84 | 105.22 | 2500-00001-V1 |
|  |  |  |  | South Flare | 16.2 | 506 | 506.00 |  | 2500-00001-V1 |
|  |  |  |  | #2 SRU Incinerator | Heaters Cap 479.29 | - | 18.30 |  | 2500-00001-V1 |
|  |  |  |  | B-4 Boiler | - |  | 3.00 |  | 2500-00001-V1 |
|  |  |  |  | E-W Vaccuum Heaters | - |  | 82.90 |  | 2500-00001-V1 |
|  |  |  |  | Alkyl Reboiler | - |  | 7.18 |  | 2500-00001-V1 |
| 11/5/2003 | VOC's (not specified) | 73 | 24 | tank 80-2 | - |  | 0.0000000629 | 3.04 | 2500-00001-V1 |
| 11/28/2003 | VOC's (not specified) | 83 | 2.75 | FUGITIVE | 1.05 |  | 0.63 | 30.18 | 2500-00001-V1 |
| 11/30/2003 | SO2 | 584 | 0.33 | North Flare | 15.6 | 3.84 | 3.84 | 1769.70 | 2500-00001-V1 |
| 11/30/2003 | SO2 | 298 | 8.75 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 34.06 | 2500-00001-V1 |
| 12/7/2003 | Dimethyl Sulfide (VOC) | unknown | 144 | FUGITIVE | 57 |  | 13.00 | unknown | 2500-00001-V1 |
| 12/9/2003 | SO2 | 31 | 0.58 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 53.45 | 2500-00001-V1 |
| 12/18/2003 | SO2 | 76 | 1.67 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 45.51 | 2500-00001-V1 |
| 12/23/2003 | SO2 | 32 | 0.5 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 64.00 | 2500-00001-V1 |
| 12/31/2003 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 3/29/2004 | SO2 | 423 | 4.5 | #2 SRU Incinerator | Heaters Cap 479.29 |  | 18.30 | 94.00 | 2500-00001-V1 |

EXHIBIT
B
tabbies®

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 4/6/2004 | Particulate | unknown | 0.166 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 4/30/2004 | H2S | 43 | 1.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 28.67 | 2500-00001-V1 |
| 4/30/2004 | SO2 | 243 | 3.0 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 81.00 | 2500-00001-V1 |
| 5/10/2004 | VOC's (not specified) | 1581 | 0.75 | North Flare | 15.6 | 3.84 | 3.84 | 2108.00 | 2500-00001-V1 |
| 5/11/2004 | SO2 | 231 | 5.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 42.00 | 2500-00001-V1 |
| 5/11/2004 | SO2 | 7084 | 2 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 3542.00 | 2500-00001-V1 |
| 5/14/2004 | VOC's (not specified) | 2100 | 1.25 | FUGITIVE | 1060 | | 243.00 | 1680.00 | 2500-00001-V1 |
| 6/24/2004 | SO2 | 17,178 | 5.33 | North Flare | 15.6 | 3.84 | 3.84 | 3222.89 | 2500-00001-V1 |
| 6/24/2004 | SO2 | 392 | 11.4 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 34.39 | 2500-00001-V1 |
| 7/4/2004 | SO2 | 294 | 7 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 42.00 | 2500-00001-V1 |
| 7/23/2004 | SO2 | 714 | 38 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 18.79 | 2500-00001-V1 |
| 7/28/2004 | SO2 | 1346 | 53 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 25.40 | 2500-00001-V1 |
| 8/4/2004 | SO2 | 315 | 7.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 42.00 | 2500-00001-V1 |
| 8/14/2004 | H2S | 6 | 0.125 | FUGITIVE | 0.7 | | 0.16 | 48.00 | 2500-00001-V1 |
| 8/14/2004 | SO2 | 90,017 | 13.75 | North Flare | 15.6 | 3.84 | 3.84 | 6546.69 | 2500-00001-V1 |

Murphy Oil

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/14/2004 | SO2 | 1,124 | 11.75 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 95.66 | 2500-00001-V1 |
| 8/20/2004 | SO2 | 27 | 1 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 27.00 | 2500-00001-V1 |
| 8/21/2004 | VOC's (not specified) | 4 | 0.75 | FUGITIVE | 1060 | | 243.00 | 5.33 | 2500-00001-V1 |
| 9/28/2004 | VOC's (not specified) | 3.35 | 0.25 | FUGITIVE | 1060 | | 243.00 | 13.40 | 2500-00001-V1 |
| 10/26/2004 | SO2 | 1411 | 14.25 | North Flare | 15.6 | 3.84 | 3.84 | 99.02 | 2500-00001-V1 |
| 10/31/2004 | SO2 | 624 | 33 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 18.91 | 2500-00001-V1 |
| 11/24/2004 | Particulate | unknown | 3 | North Flare | 1.06 | | 24.00 | Unknown | 2500-00001-V1 |
| 11/24/2004 | Particulate | unknown | 3 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 11/26/2004 | SO2 | 1023 | 11 | North Flare | 15.6 | 3.84 | 3.84 | 93.00 | 2500-00001-V1 |
| 11/27/2004 | SO2 | 1305 | 14.5 | North Flare | 15.6 | 3.84 | 3.84 | 90.00 | 2500-00001-V1 |
| 11/30/2004 | SO2 | 6719 | 0.83 | North Flare | 15.6 | 3.84 | 3.84 | 8095.18 | 2500-00001-V1 |
| 12/6/2004 | SO2 | 10625 | 9 | North Flare | 15.6 | 3.84 | 3.84 | 1180.56 | 2500-00001-V1 |
| 12/6/2004 | SO2 | 279 | 4.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 62.00 | 2500-00001-V1 |
| 12/7/2004 | SO2 | 1897 | 1.25 | North Flare | 15.6 | | 3.84 | 1517.60 | 2500-00001-V1 |
| 1/12/2005 | SO2 | 1647 | 15.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 106.26 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/2005 | SO2 | 540 | 6.75 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 80.00 | 2500-00001-V1 |
| 2/9/2005 | SO2 | 8250 | 12 | North Flare | 15.6 | 3.84 | 3.84 | 687.50 | 2500-00001-V1 |
| 2/11/2005 | SO2 | 2951 | 1 | North Flare | 15.6 | 3.84 | 3.84 | 2951.00 | 2500-00001-V1 |
| 2/12/2005 | SO2 | 1476 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 2952.00 | 2500-00001-V1 |
| 2/12/2005 | SO2 | 5312 | 1 | South Flare | 16.2 | 506 | 506.00 | 5312.00 | 2500-00001-V1 |
| 2/18/2005 | SO2 | 13397 | 15.5 | North Flare | 15.6 | 3.84 | 3.84 | 864.32 | 2500-00001-V1 |
| 2/19/2005 | SO2 | 37186 | 9 | North Flare | 15.6 | 3.84 | 3.84 | 4131.78 | 2500-00001-V1 |
| 2/21/2005 | SO2 | 1181 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 2362.00 | 2500-00001-V1 |
| 2/21/2005 | SO2 | 15503 | 126 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 123.04 | 2500-00001-V1 |
| 3/3/2005 | SO2 | 705 | 0.83 | North Flare | 15.6 | 3.84 | 3.84 | 849.40 | 2500-00001-V1 |
| 3/15/2005 | SO2 | 488 | 8.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 57.41 | 2500-00001-V1 |
| 3/15/2005 | SO2 | 3542 | 8.5 | South Flare | 16.2 | 506 | 506.00 | 416.71 | 2500-00001-V1 |
| 3/23/2005 | SO2 | 4553 | 2.25 | South Flare | 16.2 | 506 | 506.00 | 2023.56 | 2500-00001-V1 |
| 5/30/2005 | SO2 | 3,133 | 1.7 | South Flare | 16.2 | 506 | 506.00 | 1842.94 | 2500-00001-V1 |
| 6/15/2005 | SO2 | 20,520 | 2.1 | South Flare | 16.2 | 506 | 506.00 | 9771.43 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 6/21/2005 | Particulate | Unknown | 6 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 6/21/2005 | Particulate | Unknown | 6 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 6/21/2005 | SO2 | 38,538 | 5.5 | South Flare | 16.2 | 506 | 506.00 | 7006.91 | 2500-00001-V1 |
| 6/21/2005 | SO2 | 126 | 3 | South Flare | 16.2 | 506 | 506.00 | 42.00 | 2500-00001-V1 |
| 7/3/2005 | SO2 | 187 | 4.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 41.56 | 2500-00001-V1 |
| 7/6/2005 | SO2 | 11804 | 4 | North Flare | 15.6 | 3.84 | 3.84 | 2951.00 | 2500-00001-V1 |
| 7/6/2005 | SO2 | 12816 | 4 | South Flare | 16.2 | 506 | 506.00 | 3204.00 | 2500-00001-V1 |
| 7/8/2005 | SO2 | 53 | 1 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 53.00 | 2500-00001-V1 |
| 7/9/2005 | SO2 | 226 | 4.25 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 53.18 | 2500-00001-V1 |
| 7/11/2005 | SO2 | 9,809 | 2.5 | North Flare | 15.6 | 3.84 | 3.84 | 3923.60 | 2500-00001-V1 |
| 7/18/2005 | SO2 | 12,069 | 3.67 | South Flare | 16.2 | 506 | 506.00 | 3288.56 | 2500-00001-V1 |
| 7/31/2005 | SO2 | 82094 | 13.75 | North Flare | 15.6 | 3.84 | 3.84 | 5970.47 | 2500-00001-V1 |
| 7/31/2005 | SO2 | 4427 | 0.75 | #2 SRU incinerator | Heaters Cap 479.29 | | 18.30 | 5902.67 | 2500-00001-V1 |
| 8/9/2005 | SO2 | 1,163 | 4.67 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 249.04 | 2500-00001-V1 |
| 8/12/2005 | SO2 | 1,535 | 6.5 | South Flare | 16.2 | 506 | 506.00 | 236.15 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/15/2005 | SO2 | 28,201 | 3.75 | South Flare | 16.2 | 506 | 506.00 | 7520.27 | 2500-00001-V1 |
| 6/18/2006 | SO2 | 14,545 | 2.5 | North Flare | 15.6 | 3.84 | 3.84 | 5818.00 | 2500-00001-V1 |
| 6/28/2006 | SO2 | 319 | 2 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 159.50 | 2500-00001-V1 |
| 6/28/2006 | SO2 | 29,513 | 2.5 | South Flare | 16.2 | 506 | 506.00 | 11805.20 | 2500-00001-V1 |
| 7/1/2006 | SO2 | 1,282 | 0.25 | North Flare | 15.6 | 3.84 | 3.84 | 5128.00 | 2500-00001-V1 |
| 7/7/2006 | SO2 | 430 | 2.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 172.00 | 2500-00001-V1 |
| 7/7/2006 | SO2 | 29,175 | 5 | North Flare | 15.6 | 3.84 | 3.84 | 5835.00 | 2500-00001-V1 |
| 7/7/2006 | SO2 | 14,335 | 1 | South Flare | 16.2 | 506 | 506.00 | 14335.00 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 410 | 2.25 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 182.22 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 17708 | 3.75 | North Flare | 15.6 | 3.84 | 3.84 | 4722.13 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 20743 | 1.5 | South Flare | 16.2 | 506 | 506.00 | 13828.67 | 2500-00001-V1 |
| 7/16/2006 | SO2 | 571 | 9.5 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 60.11 | 2500-00001-V1 |
| 7/19/2006 | SO2 | 2755 | 0.6 | North Flare | 15.6 | 3.84 | 3.84 | 4591.67 | 2500-00001-V1 |
| 7/19/2006 | SO2 | 205 | 2.9 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 70.69 | 2500-00001-V1 |
| 8/3/2006 | SO2 | 1540 | 9 | South Flare | 16.2 | 506 | 506.00 | 171.11 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/7/2006 | SO2 | 501 | Unreported | North Flare | 15.6 | 3.84 | 3.84 | Duration Unreported | 2500-00001-V1 |
| 8/19/2006 | SO2 | 1840 | 11.33 | #2 SRU incinerator | Heaters Cap 479.29 | | 18.30 | 162.40 | 2500-00001-V1 |
| 8/19/2006 | VOC's (not specified) | 452 | 11.33 | #2 SRU incinerator | Heaters Cap 479.29 | | 0.60 | 39.89 | 2500-00001-V1 |
| 8/21/2006 | SO2 | 253 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 506.00 | 2500-00001-V1 |
| 8/23/2006 | SO2 | 334 | 0.66 | North Flare | 15.6 | 3.84 | 3.84 | 506.06 | 2500-00001-V1 |
| 9/17/2006 | Particulate | Unknown | 1 | North Flare | 1.06 | 24 | 24.00 | Unknown | 2500-00001-V1 |
| 9/17/2006 | Particulate | Unknown | 1 | South Flare | 1.25 | 0.28 | 0.28 | Unknown | 2500-00001-V1 |
| 10/11/2006 | SO2 | 457 | 7 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 65.29 | 2500-00001-V1 |
| 10/16/2006 | SO2 | 842 | 3.33 | North Flare | 15.6 | 3.84 | 3.84 | 252.85 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 779 | 1 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 779.00 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 10,751 | 4 | North Flare | 15.6 | 3.84 | 3.84 | 2687.75 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 9,739 | 9 | South Flare | 16.2 | 506 | 506.00 | 1082.11 | 2500-00001-V1 |
| 10/18/2006 | SO2 | 3,373 | 63 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 53.54 | 2500-00001-V1 |
| 10/29/2006 | SO2 | 594 | 13 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 45.69 | 2500-00001-V1 |
| 12/2/2006 | SO2 | 35 | 0.2 | South Flare | 16.2 | 506 | 506.00 | 175.00 | 2500-00001-V1 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 12/6/2006 | SO2 | 414 | 5.33 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 77.67 | 2500-00001-V1 |
| 12/11/2006 | SO2 | 976 | 16.75 | #2 SRU incinerator | Heaters Cap 479.29 | | 18.30 | 58.27 | 2500-00001-V1 |
| 12/18/2006 | SO2 | 137 | 0.25 | North Flare | 15.6 | 3.84 | 3.84 | 548.00 | 2500-00001-V1 |
| 2/5/2007 | SO2 | 458 | 6.67 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 68.67 | 2500-00001-V1 |
| 2/23/2007 | SO2 | 367 | 3.25 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 112.92 | 2500-00001-V1 |
| 2/28/2007 | SO2 | 573 | 9.75 | #3 SRU incinerator | 120 | 27.5 | 27.50 | 58.77 | 2500-00001-V1 |
| 4/28/2007 | H2S | 53 | Unreported | FUGITIVE | 0.7 | | 0.16 | Duration Unreported | 2500-00001-V1 |
| 4/28/2007 | CH4 (METHANE) | 431 | Unreported | FUGITIVE | 35.4 | | 8.09 | Duration Unreported | 2500-00001-V1 |
| 5/18/2007 | SO2 | 5388 | 68.05 | #3 SRU Incinerator | 120 | | 27.50 | 79.18 | 2500-00001-V1 |
| 5/18/2007 | SO2 | 7253 | 1 | South Flare | 16.2 | 506 | 506.00 | 7253.00 | 2500-00001-V1 |
| 5/29/2007 | SO2 | 789 | 10.5 | #3 SRU Incinerator | 120 | | 27.50 | 75.14 | 2500-00001-V1 |
| 7/12/2007 | SO2 | 113 | 1 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 113.00 | 2500-00001-V1 |
| 8/2/2007 | SO2 | 1110 | 90 | South Flare | 16.2 | 506 | 506.00 | 12.33 | 2500-00001-V1 |
| 8/16/2007 | SO2 | 1031 | 5.5 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 187.45 | 2500-00001-V1 |
| 8/16/2007 | SO2 | 261 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 522.00 | 2500-00001-V1 |

Murphy O...

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 8/23/2007 | SO2 | 19,000 | 3.5 | South Flare | 16.2 | 506 | 506.00 | 5428.57 | 2500-00001-V1 |
| 9/10/2007 | SO2 | 9557 | 3.5 | South Flare | 16.2 | 506 | 506.00 | 2730.57 | 2500-00001-V1 |
| 9/24/2007 | SO2 | 25 | 0.5 | North Flare | 15.6 | 3.84 | 3.84 | 50.00 | 2500-00001-V1 |
| 9/28/2007 | SO2 | 18,846 | 3 | North Flare | 15.6 | 3.84 | 3.84 | 6282.00 | 2500-00001-V1 |
| 9/28/2007 | SO2 | 5,142 | 58.75 | #2 SRU Incinerator | Heaters Cap 479.29 | | 18.30 | 87.52 | 2500-00001-V1 |
| 10/30/2007 | SO2 | 30 | 0.66 | #3 SRU Incinerator | 120 | 27.5 | 27.50 | 45.45 | 2500-00001-V1 |
| 1/2/2008 | VOC's (not specified) | 289 | 0.05 | North Flare EQT 035 | 13.42 | 3.06 | 3.06 | 5780.00 | 2500-00001-V2 |
| 1/2/2008 | SO2 | 40 | 0.05 | North Flare EQT 035 | 2.1 | 0.62 | 0.62 | 800.00 | 2500-00001-V2 |
| 1/2/2008 | NOx | 43 | 0.05 | North Flare EQT 035 | 6.52 | 1.49 | 1.49 | 860.00 | 2500-00001-V2 |
| 1/3/2008 | SO2 | 123 | 0.66 | #3 SRU Incinerator EQT 079 | SRU Cap 200.6 | SRU Cap 45.8 | 55.00 | 186.36 | 2500-00001-V2 |
| 1/20/2008 | H2S | 51 | 1 | #3 SRU Incinerator EQT 079 | 4.2 | - | 1.00 | 51.00 | 2500-00001-V2 |
| 1/20/2008 | SO2 | 687 | 8.9 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 77.19 | 2500-00001-V2 |
| 1/21/2008 | SO2 | 11,064 | 74 | North Flare EQT 035 | 2.1 | 0.62 | 0.62 | 149.51 | 2500-00001-V2 |
| 1/21/2008 | H2S | 226 | 74 | North Flare EQT 035 | not permitted | | not permitted | 3.05 | 2500-00001-V2 |
| 1/29/2008 | Particulate | Unknown | 0.25 | North Flare EQT 035 | Unknown | | Unknown | Unknown | 2500-00001-V2 |

| INCIDENT DATE | POLLUTANTS | AMOUNTS (lbs) | Duration (hours) | Point of Release | Permit limit (Tons per Year) | Permit Rate Limit AVG (Lbs/Hour) | Permit Rate Limit MAX (Lbs/Hour) | Average Rate During Event (Lbs/Hour) | Permit # |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2008 | NOx | 43 | 0.25 | North Flare EQT 035 | 6.52 | 1.49 | 1.49 | 172.00 | 2500-00001-V2 |
| 1/29/2008 | VOC's (not specified) | 308 | 0.25 | North Flare EQT 035 | 13.42 | 3.06 | 3.06 | 1232.00 | 2500-00001-V2 |
| 1/30/2008 | SO2 | 307 | 3.8 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 80.79 | 2500-00001-V2 |
| 2/5/2008 | Particulate, NOX | 4000, 20 | 0.133 | both flares: EQT 035 and EQT 049 | | | | Unknown | 2500-00001-V2 |
| 3/13/2008 | SO2 | 101 | 0.05 | North Flare EQT 035 | 2.1 | 0.62 | 0.62 | 2020.00 | 2500-00001-V2 |
| 3/13/2008 | SO2 | 511 | 5.166 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 98.92 | 2500-00001-V2 |
| 8/16/2008 | SO2 | 3160 | 0.5 | South Flare EQT 049 | 16.3 | 3.72 | 506.12 | 6320.00 | 2500-00001-V3 |
| 8/16/2008 | SO2 | 39 | 0.5 | #2 SRU Incinerator EQT 019 | SRU Cap 200.6 | SRU Cap 45.8 | 18.30 | 78.00 | 2500-00001-V3 |
| 8/19/2008 | SO2 | 1700 | 16.25 | #3 SRU Incinerator EQT 079 | SRU Cap 200.6 | SRU Cap 45.8 | 55.00 | 104.62 | 2500-00001-V3 |
| 9/22/2008 | SO2 | 4578 | 0.5 | South Flare EQT 049 | 16.3 | 3.72 | 506.12 | 9156.00 | 2500-00001-V3 |
| 9/22/2008 | SO2 | 264 | 3.1 | #3 SRU Incinerator EQT 079 | SRU Cap 200.6 | SRU Cap 45.8 | 55.00 | 85.16 | 2500-00001-V3 |