UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONCERNED CITIZENS AROUND MURPHY, | ) ) Case No.: 08-4986 ) Section: R |
| *Plaintiff,* | ) Judge: Vance ) Division: 2 |
| v. | ) Magistrate: Wilkinson ) |
| MURPHY OIL USA, INC., | ) ) |
| *Defendant.* | ) ) |

___

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND STANDING**
___

Pursuant to Rule 56.1 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana, Plaintiff Concerned Citizens Around Murphy ("Concerned Citizens") submits the following undisputed facts in support of its First Motion for Partial Summary Judgment on Liability and Standing.

1

CLEAN AIR ACT VIOLATIONS

VIOLATIONS OF PERMIT LIMITS DURING PREVENTABLE UPSETS

Since October 2003, Murphy Oil, U.S.A. ("Murphy Oil") has, on at least 24 occasions, exceeded its air permit limits in violation of the Clean Air Act:

1. On April 30, 2004 Murphy emitted 43 pounds of hydrogen sulfide (H2S) from the #2 SRU Incinerator over 1.5 hours, polluting at 17,916.67% of the maximum hourly permit limit.[1]  Ex. A.

2. Also on April 30, 2004 Murphy emitted 243 pounds of sulfur dioxide ("SO2") from the #2 SRU Incinerator over 3 hours, polluting at 442.62% of the maximum hourly permit limit.[2]  Ex. A.

3. On June 28, 2006 Murphy emitted 319 pounds of SO2 from the #3 SRU Incinerator over 2 hours, polluting at 580.00% of the maximum hourly permit limit.[3]  Ex. B.

4. Also on June 28, 2006 Murphy emitted 29,513 pounds of SO2 from the South Flare over 2.5 hours, polluting at 2,333.04% of the maximum hourly permit limit.[4]  Ex. B.

5. On July 1, 2006 Murphy emitted 1,282 pounds of SO2 from the North Flare over .25 hours, polluting at 133,541.67% of the maximum hourly permit limit.[5]  Exs. C-1, C-2.

6. On July 10, 2006 Murphy emitted 2,755 pounds of SO2 from the North Flare over .6 hours, polluting at 119,574.65% of the maximum hourly permit limit.[6]  Exs. D-1, D-2.

---

[1] The referenced permit limit can be found on page 246 of Murphy's V1 operating permit. Murphy's V1 operating permit may be found on LDEQ's website at http://edms.deq.louisiana.gov/app/doc/view.aspx?doc=27081136&child=yes.
[2] The referenced permit limit can be found on page 115 of Murphy's V1 operating permit.
[3] The referenced permit limit can be found on page 228 of Murphy's V1 operating permit.
[4] The referenced permit limit can be found on page 165 of Murphy's V1 operating permit.
[5] The referenced permit limit can be found on page 134 of Murphy's V1 operating permit.
[6] The referenced permit limit can be found on page 134 of Murphy's V1 operating permit.

7. Also on July 10, 2006 Murphy emitted 205 pounds of SO2 from the #2 SRU Incinerator over 2.9 hours, polluting at 386.28% of the maximum hourly permit limit.[7] Exs. D-1, D-2.

8. On August 6, 2006 Murphy emitted 501 pounds of SO2 from the North Flare over 8.5 hours, polluting at 1,534.93% of the maximum hourly permit limit.[8] Exs. E-1, E-2.

9. On August 16, 2007 Murphy emitted 1,031 pounds of SO2 from the #3SRU Incinerator over 5.5 hours, polluting at 681.65% of the maximum hourly permit limit.[9] Ex. F.

10. Also on August 16, 2007 Murphy emitted 261 pounds of SO2 from the North Flare over .5 hours, polluting at 13,593.75% of the maximum hourly permit limit.[10] Ex. G.

11. On January 20, 2008 Murphy emitted 51 pounds of H2S from the #3 SRU Incinerator over 1 hour, polluting at 5,100.00% of the maximum hourly permit limit.[11] Ex. H.

12. On January 29, 2008 Murphy emitted 43 pounds of oxides of nitrogen ("NOX") from the North Flare over .25 hours, polluting at 11,543.62% of the maximum hourly permit limit.[12] Exs. I-1, I-2.

13. Also on January 29, 2008 Murphy emitted 308 pounds of volatile organic compounds ("VOC's") from the North Flare over .25 hours, polluting at 40,261.44% of the maximum hourly permit limit.[13] Exs. I-1, I-2.

14. On August 16, 2008 Murphy emitted 447 pounds of SO2 from the North Flare over .25 hours, polluting at 288,387.10% of the maximum hourly permit limit.[14] Ex. J.

---

[7] The referenced permit limit can be found on page 115 of Murphy's V1 operating permit.
[8] The referenced permit limit can be found on page 134 of Murphy's V1 operating permit.
[9] The referenced permit limit can be found on page 228 of Murphy's V1 operating permit.
[10] The referenced permit limit can be found on page 134 of Murphy's V1 operating permit.
[11] The referenced permit limit can be found on page 73 of Murphy's V2 operating permit. Murphy's V2 operating permit may be found on LDEQ's website at http://edms.deq.louisiana.gov/app/doc/view.aspx?doc=36427641&child=yes. (EQT 0079; emission point IDs can be found on pages 51-53 of the V2 operating permit)
[12] The referenced permit limit can be found on page 61 of Murphy's V2 operating permit. (EQT 0035)
[13] The referenced permit limit can be found on page 61 of Murphy's V2 operating permit. (EQT 0035)

15. Also on August 16, 2008 Murphy emitted 39 pounds of SO2 from the #2 SRU Incinerator over .5 hours, polluting at 426.23% of the maximum hourly permit limit.[15] Ex. J.

16. Also on August 16, 2008 Murphy emitted 6,252 pounds of SO2 from the North Flare over .5 hours, polluting at 2,016,774.19% of the maximum hourly permit limit.[16] Ex. J.

17. Also on August 16, 2008 Murphy emitted 3,160 pounds of SO2 from the South Flare over .5 hours, polluting at 1,248.72% of the maximum hourly permit limit.[17] Ex. J.

18. Also on August 16, 2008 Murphy emitted 4,000 pounds of SO2 from the North Flare over .5 hours, polluting at 1,290,322.58% of the maximum hourly permit limit.[18] Ex. J.

19. Also on August 16, 2008 Murphy emitted 10,698 pounds of SO2 from the North Flare, polluting at 254.71% of the **yearly** permit limit in one day alone.[19] Ex. J.

20. On August 19, 2008 Murphy emitted 1,700 pounds of SO2 from the #3 SRU Incinerator over 16.25 hours, polluting at 190.21% of the maximum hourly permit limit.[20] Exs. K-1, K-2.

21. On November 22, 2008 Murphy emitted 1 pound of Benzene from Tank 300-2 over 24 hours, polluting at 416.67% of the maximum hourly permit limit.[21] Ex. L.

22. Also on November 22, 2008 Murphy emitted 500 pounds of VOC's from Tank 300-2 over 24 hours, polluting at 1,627.60% of the maximum hourly permit limit.[22] Ex. L.

---

[14] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit. Murphy's V3 operating permit may be found on LDEQ's website at http://edms.deq.louisiana.gov/app/doc/view.aspx?doc=36854744&child=yes. (EQT 0035)
[15] The referenced permit limit can be found on page 56 of Murphy's V3 operating permit. (EQT 0019)
[16] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit. (EQT 0035)
[17] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit. (EQT 0049)
[18] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit. (EQT 0035)
[19] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit. (EQT 0035)
[20] The referenced permit limit can be found on page 58 of Murphy's V3 operating permit. (EQT 0079)
[21] The referenced permit limit can be found on page 64 of Murphy's V3 operating permit. (EQT 0051)
[22] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit. (EQT 0051)

23. On January 9, 2009 Murphy emitted 235 pounds of SO2 from the South Flare over 1 hour, polluting at 6,317.20% of the average hourly permit limit.[23]  Ex. M.

24. On January 13, 2009 Murphy emitted 215 pounds of SO2 from the North Flare over 1.25 hours, polluting at 27,741.94% of the maximum hourly permit limit.[24]  Ex. N.

## STANDING

1. Murphy injures members of Concerned Citizens Around Murphy by failing to comply with permit limits. Ex. O-1 (Kneale Decl.) at ¶¶ 9, 12, 13; Ex. P-1 (Green Decl.) at ¶ 8; Ex. Q-1 (Dalier Decl.) at ¶¶ 6, 9.

2. The injuries that members of Concerned Citizens suffer are traceable to Murphy.  Ex. O-1 (Kneale Decl.) at ¶ 8; Ex. Q-1 (Dalier Decl.) at ¶¶ 7, 10.

3. This Court can redress the injuries that members of Concerned Citizens suffer with injunctive relief and civil penalties.

4. Plaintiff's lawsuit is germane to Concerned Citizen's purposes to "to protect[] the organization's members and other St. Bernard Parish residents from pollution coming from the surrounding petrochemical industry" and "to affect the decisions that impact its community by encouraging citizen participation and providing advocacy for all residents who are committed to return, rebuild and remain in St. Bernard Parish, Louisiana." Ex. Q-1 (Kneale Decl.) at ¶ 4.

5. Neither the claim asserted nor the relief requested in this lawsuit requires the participation of individual members of Concerned Citizens.

---

[23] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit.  (EQT 0049)
[24] The referenced permit limit can be found on page 57 of Murphy's V3 operating permit.  (EQT 0035)

Respectfully submitted on October 29, 2009.

s/ Matthew G. Altaras

_____
Matthew G. Altaras, Student Attorney


s/ Matthew B. Miller

_____
Matthew B. Miller, Student Attorney


s/ Adam Babich

_____
Adam Babich, La. Bar No. 27177
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118-6321
Phone: (504) 865-5789
Fax: (504) 862-8721
Counsel for Concerned Citizens Around Murphy

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on October 29, 2009.

s/ Adam Babich

_____
Adam Babich, SBN: 27177