

| MURPHY OIL USA, INC. | MERAUX REFINERY<br>P O BOX 100<br>MERAUX LA 70075-0100 | **RECEIVED**<br>MAY 1 0 2004<br>DEQ<br>Single Point of Contact |

May 6, 2004

CERTIFIED: 7002 2030 0003 1198 1649

504-1625
T69885
Heather McCormick
SPO

Department of Environmental Quality
Single Point of Contact (SPOC)
Office of Environmental Compliance
Attn: Emergency Response
P.O. Box 4312
Baton Rouge, LA 70821-4312

Re: UNAUTHORIZED DISCHARGE NOTIFICATION REPORT
    Murphy Oil USA, Inc. Meraux Refinery, **Agency Interest #1238**
    2500 E. St. Bernard Hwy, St. Bernard Parish, Meraux, LA
    Title V Permit: 2500-00001-V1

Gentlemen,

   Attached please find a more detailed discussion of an air upset incident reported verbally to the Department, pursuant to LAC 33:III.927, Louisiana Air Emission Permit General Condition XI.A. and 40 CFR 70 General Condition R.1. The incident is described as follows:

   #2 TGT Bypass                              4/30/04

   Should you have any questions regarding this submission, please contact Mr. Matthew Dobbins or Mr. David Fulbright at (504) 271-4141.

*I certify, based on information and belief formed after reasonable inquiry, the statements and information in this document are true, accurate, and complete.*

                                        _____
                                        Gregory L. Neve
                                        Refinery Manager
                                        Murphy Oil USA, Inc.

GLN:msd

cc:  Mr. Mike Algero                    Ms. Stacey Folse, MPH
     LDEQ SE Regional Office            Re: HSEES
     201 Evans Rd.                      LA Office of Public Health
     Bldg. 4, Suite 420                 325 Loyola Ave. Suite 210
     New Orleans, LA 70123-5230         New Orleans, LA  70112

                        *MURPHY USA★*
(504) 271-4141                          FAX (504) 278-5201

<u>EMERGENCY OCCURRENCE AND/OR AIR UPSET
NOTIFICATION FORM</u>

**COMPANY NAME:**          Murphy Oil USA, Inc.
**PHYSICAL LOCATION:**     2500 E. St. Bernard Hwy.
**P. O. BOX:**             P. O. Box 100
**CITY, STATE, ZIP:**      Meraux, LA 70075
**TELEPHONE NO:**          (504) 271-4141


**DATE/TIME OF CALL:**              4/30/04, 15:56 hrs
**DEQ OFFICIAL CONTACTED:**         Charlie
**MURPHY OFFICIAL WHO MADE CALL:**  M. Prattini


**APPLICABLE PERMIT INVOLVED?**     2500-00001-V1


**EMISSION PT. SOURCE(S) INVOLVED?**   #2 SRU Incinerator Stack, 1-93


**APPLICABLE AIR QUALITY REGULATIONS INVOLVED?**   LAC 33:III.927

**UPSET DESCRIPTION, CAUSE, AND WHAT OFFSITE IMPACT RESULTED:**
On April 30, 2004 at approximately 15:40 hrs, the refinery bypassed the #2 Sulfur Recovery Unit Tail Gas Treater (TGT) due to a loss of flame in the TGT incinerator. The electronics in the fire eye flame detector were disrupted by a contractor conducting a radiographic inspection in a nearby unit. The finely focused stream of high energy radiation traveled beyond the inspection point, inadvertently bombarding the flame detector. The disruption at the flame detector triggered an automatic safety shutdown of the incinerator. The refinery restored flame to the burner at approximately 17:15 hrs and concluded the TGT bypass at 18:40 hrs.

Emissions from the event did not exceed any Reportable Quantities and, therefore, would not be expected to cause adverse offsite impact. The refinery did not receive any allegations of impact from neighbors in the surrounding community.

**DATE/TIME RELEASE BEGAN AND TIME IT LASTED:**
The episode began 4/30/04 at 15:40 hrs and lasted approximately 3.0 hours.

**WHICH SPECIFIC POLLUTANTS WERE EMITTED AND HOW MUCH OF EACH COMPOUND WAS RELEASED?**
The episode resulted in estimated emissions of 243 pounds of sulfur dioxide (RQ = 500#) and 43 pounds of hydrogen sulfide (RQ = 100#). See the attached calculation sheet.

1

<u>EMERGENCY OCCURRENCE AND/OR AIR UPSET
NOTIFICATION FORM</u>

**WHAT OTHER AGENCIES WERE NOTIFIED?** SERC and LEPC.

**IMMEDIATE CORRECTIVE ACTION TAKEN?**
The refinery restored flame to the #2 TGT incinerator and returned the unit to service without further incident.

**SPECIFIC ACTIONS TAKEN/PLANNED TO PREVENT RECURRENCE?**
The refinery is constructing a plot plan to illustrate the locations of all instruments susceptible to radiation. The refinery will issue a work permit only after confirming: (1) the location of x-ray inspections relative to susceptible instruments, and (2) the positioning of temporary lead shielding to protect susceptible instruments.

**WAS THE RELEASE PREVENTABLE?** (if no, provide details):
Yes. The incident was the result of a miscommunication between the contractor and the refinery. The refinery has instituted the changes listed above to improve program coordination between the refinery and the contractor. The radiographers were fully trained and qualified to industry standards, and conducted the inspection according to their company's procedures.

**REGULATION NOTIFICATION REQUIREMENT(S):**

     x    LAC 33:III.927 (Upset/Emergency)
  \_\_\_\_\_ LAC 33:I.3917 (RQ)
  \_\_\_\_\_ LAC 33:III.5107B (Air Toxics)

SIGNATURE _[signature]_     DATE  5/6/04

TITLE    Environmental Engineer

2

# CALCULATION SHEET

#2 TGT BYPASS
4/30/04
Murphy Oil USA, Inc.

---

**EVENT DURATION**
TGT Incinerator Flameout:  15:40 hrs – 17:15 hrs = 1.5 hours
TGT Bypass  15:40 hrs – 18:40 hrs = 3.0 hours

**SRU ACID GAS RATES**
Acid gas = 20,000 scfh
SWS off-gas = 60,000 scfh

**H2S EMISSION RATE (INCINERATOR FLAMEOUT)**

= (Acid gas make rate * H2S concentration) + (SWS off-gas make rate * H2S concentration) * Combustion to SO2

= [(20,000 scfh * 70%) + (60,000 scfh * 30%) * 1.5% * 0.67 * (#-mole SO2/379.5 scf * 34# SO2/#-mole H2S)

= 29 #/hr H2S

**H2S EMISSIONS**

= 29 #/hr H2S * 1.5 hrs

= 43 # H2S

**SO2 EMISSION RATE (TGT BYPASS)**

= (Acid gas make rate * H2S concentration) + (SWS off-gas make rate * H2S concentration) * Combustion to SO2

= [(20,000 scfh * 70%) + (60,000 scfh * 30%) * 1.5% * (#-mole SO2/379.5 scf * 64# SO2/#-mole H2S)

= 81 #/hr SO2

**SO2 EMISSIONS**

= 81 #/hr SO2 * 3.0 hrs

= 243 # SO2

MSD
5/6/04

3

**MURPHY** | OIL USA, INC.

MURPHY USA

607

CERTIFIED MAIL

7002 2030 0003 1198 1649

Single Point of Contact
Department of Environmental Quality
ATTN: Emergency Response
Office of Environmental Compliance
P.O. Box 4312
Baton Rouge, LA 70821-4312

70821+4312

000431587A MAY 07 2004 $ 04.650
MAILED FROM ZIP CODE 70075