## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONCERNED CITIZENS AROUND MURPHY** | * | **CIVIL ACTION** |
| | * | **NO. 08-4986** |
| v. | | |
| | * | **SECTION "R"** |
| **MURPHY OIL USA, INC.** | | **JUDGE SARAH S. VANCE** |
| | * | |
| | | **MAGISTRATE 2** |
| | * | **MAG. JOSEPH C. WILKINSON** |

### AFFIDAVIT OF LEWIS STRATE

**STATE OF ARKANSAS**

**COUNTY OF UNION**

Before me, the undersigned authority, came and appeared LEWIS STRATE, who first being duly sworn did depose and say as follows:

1. My name is Lewis Strate. I am the Manager of Corporate Insurance at Murphy Oil Corporation and work at its corporate headquarters in El Dorado, Arkansas. Murphy Oil Corporation provides certain corporate general and administrative services for its subsidiary companies, including Murphy Oil USA, Inc.

2. In connection with my job at Murphy, I was responsible for working on and participating in the handling of the class action lawsuit filed against Murphy by residents of St. Bernard Parish, Louisiana for damages allegedly caused by the crude oil spill that occurred after Hurricane Katrina. My duties included overseeing Murphy's fulfillment of

1



its settlement obligations, including obtaining and effecting payment of settlement funds to members of the class and managing the buy-out aspect of the class action settlement.

3. Based upon my records, and my knowledge of the class action proceedings, Suzanne Kneale participated in the settlement of the class action as a class member and collected a total amount of $20,000.

4. Following the approval and implementation of the settlement, including the buy-out of 480 properties in the area closest to the refinery, Ms. Kneale in effect launched her objection to the settlement on the basis that the bought-out property was not being used to her personal satisfaction.

5. Ms. Kneale's objections, lodged in the form of internet blogs, statements at public meetings and to the media, and appearances in court, included:

   a. opposing the Parish's participation in the settlement's buy-out program and Murphy's donation of a large plot of land to the St. Bernard Parish Fire Department for construction of a new fire station and fire training facility in the neighborhood;

   b. opposition to the creation of a linear park containing a walking track, recreational facilities, landscaping and other elements of public benefit in the neighborhood; and

   c. the construction of a $5 million state-of-the-art laboratory in St. Bernard, a parish starved for economic development.

6. In addition, I am aware that Ms. Kneale has personally attacked the integrity of the court system, counsel for Murphy and Sidney Torres, counsel for the

class action plaintiffs, on various websites including nola.com because they negotiated and approved the class action settlement agreement, including the buy-out provisions, which Ms. Kneale wanted to control the use of, but was not permitted to do so.

7. Attached are examples of Ms. Kneale's accusations against Murphy from the nola.com St. Bernard Parish blog site:

Attachment 1 is Ms. Kneale's entry on June 28, 2008, wherein she implies that the court system has been dishonest: "some say if you don't have the right lawyers the judge will not be fair."

Attachment 2. In her entry for October 7, 2007, Ms. Kneale accused Murphy of controlling Sidney Torres, plaintiffs' counsel in the class action proceedings before Judge Fallon.

Attachment 3. On March 28, 2008, Ms. Kneale accuses Murphy of corrupting the Parish Council and Administration with respect to use of the Buy-Out properties.

Attachment 4. On May 7, 2008, Ms. Kneale accused Murphy's counsel, Kerry Miller, of being dishonest to the court with respect to the buy-out zone.

Attachment 5. On April 23, 2008, Ms. Kneale accuses the "big dogs from Murphy" of misleading the public about the "green zone buffer."

8. Under the user name of "noboat" Ms. Kneale has made hundreds of entries since mid 2007 complaining about Murphy's proposed possible use of the buy-out zone properties that it purchased as part of the class action settlement. Her obsession with this issue began when Murphy began its process of implementing the

3

buy-out in March — April of 2007. She has advocated opposition to every use proposed by Murphy of this land.

_____
LEWIS STRATE

Sworn to and subscribed
before me this 11th day
of November, 2009.

_____
NOTARY PUBLIC

4

**Go to the » St. Bernard/Plaquemines forum**
**51523.1.1.1.1.1. well**

*by* noboat, *6/28/08 12:03 ET*
Re: lawyer *by* noboat, *6/28/08*

some say if you dont have the right lawyer the judge will not be fair. it would be sad if all this that is said about St Bernard is true; isnt this still america?

▶ RESPOND to This Message

Note: Posting a message in this frame will return you to the active forum.

**Inappropriate Posts?**
**Alert Us!**

✉ E-mail This Post

» Forums Help
» User Agreement
» Privacy Policy
» Community Rules
» Contact Interactivity Management

About Us | User Agreement | Privacy Policy | Help/Feedback | Advertise With Us

▶ RSS FEEDS

© 2006 New OrleansNet LLC. All Rights Reserved.


EXHIBIT 1

## Go to the » St. Bernard/Plaquemines forum
## 40719.1.1.2.1. Real Estate Transactions to Murphy

*by* noboat, *10/7/07 22:37 ET*
Re: Hey Noboats! RE:Despaux house *by* noboat, *10/7/07*

not published

Murphy even has control over the Torres'

► RESPOND to This Message

Note: Posting a message in this frame will return you to the active forum.

### Click to view these responses

9. Hey Noboats! RE:Despaux... *by* bignosy, *10/7/07*
    1. IMHO...sell to anyone... *by* noboat, *10/7/07*
        1. I would make sure who... *by* boudica, *10/7/07*
            1. MurphyTown *by* missy57, *10/7/07*
            2. Murphy subject deleted *by* Miss70043, *10/7/07*

                > Real Estate Transactions... *by* noboat, *10/7/07*
                > Bingo *by* boudica, *10/8/07*
        2. Murphy buying north of... *by* parent09, *10/7/07*
            1. Buying Out *by* FNFhuddle, *10/7/07*
                > North of twenty on... *by* parent09, *10/8/07*



Inappropriate Posts? Alert Us!



✉ E-mail This Post

» Forums Help
» User Agreement
» Privacy Policy
» Community Rules
» Contact Interactivity Management

About Us | User Agreement | Privacy Policy | Help/Feedback | Advertise With Us

► RSS FEEDS

© 2006 New OrleansNet LLC. All Rights Reserved.



EXHIBIT 2



## Go to the » St. Bernard/Plaquemines forum
## 48762.2.1.1. they can afford

*by* noboat, *3/28/08 11:20 ET*
Re: if we move *by* noboat, *3/28/08*

to pay us so we can move and not have a mortgage and have the extra money over the years for the homeowners insurance premiums which will be larger with less cover simply because they are new policies.

Murphy will make billions of dollars at the cost of our homes and neighborhood.

Why is the government participating in this? lots of unethical action by council and administration since the crude oil spill. resolutions to remove our sidewalks, resolutions to ask Judge Fallon to define the buyout area, resolutions for LRA properties to go directly to Murphy, resolutions to ask Judge Fallon to allow Murphy to continue to settle with the residents, council action to allow the extention of the collins crude oil pipeline from Murphy to Exxon within feet of homes, closed meetings regarding the firestation, special 48 hour notice planning commission meetings.

although not all of these were successful, the active participation of SBPG to push homeowners towards this industry's landgrab is unethical at best

✉ E-mail This Post

» Forums Help
» User Agreement
» Privacy Policy
» Community Rules
» Contact Interactivity Management

▶ RESPOND to This Message

Note: Posting a message in this frame will return you to the active forum.

## Click to view these responses
2. if we move *by* noboat, *3/27/08*
    1. we need to sel *by* wheryat, *3/27/08*
    2. me *by* NC525, *3/27/08*
        1. I really do think... *by* mynameizearl, *3/28/08*
            1. they can afford *by* noboat, *3/28/08*
                > Wow! Billions!! *by* Max37, *3/28/08*
                > Exactly Noboat *by* DaLandlord, *3/29/08*
                > yep *by* NC525, *3/29/08*
        3. Hog wash *by* Cacahoe, *3/28/08*
            1. part of the suit was the... *by* noboat, *3/28/08*
                1. no *by* NC525, *3/29/08*

About Us | User Agreement | Privacy Policy | Help/Feedback | Advertise With Us



**Go to the » St. Bernard/Plaquemines forum**
**50187.2. court ordered green zone buffer**

*by* noboat, *5/7/08 10:00 ET*
Re: Land on chalmette side of murphy *by* noboat, *5/7/08*


EXHIBIT
4

as Murphy's attorney's stated to Judge in Fairness hearing. anything else is another lie and deception on Murphy's partWhen St Bernard Parish Attorney appeared before the council on March 6, 2007, he speaks of the agreement between Murphy Oil and SBPG to remove sidewalks in exchange for a hold harmless agreement with Murphy Oil. When asked by the councilwoman if what they had decided with regards to the street lights, he states that the "street lights will remain because people still live there so it will not be a total greenspace." Those quotes are on the dvd to the March 6, 2007 meeting if you would like to view it. . The Resolution to remove the sidewalks { http://sbpg.net/2007resolutions.pdf page 2 }

March 6, 2007 continued K228 Authorize Murphy Oil USA, Inc. to remove sidewalks, driveways, aprons and other items (trees, shrubbery, etc.) which lie between property lines and curbs on Jacob, Despaux, Ventura and Lena between 20 Arpent Canal & St. Bernard Highway. ... WHEREAS, in order to provide an orderly and safe manner for the removal of these structures and the future maintenance of the area by Murphy...,

Our recently retired honorable chairman assured residents all discussions with Murphy were always for greenspace and most specifically the request to remove our sidewalks was for easy maintenance of the grassy area.

In the Federal Court Fairness hearing on January 4, 2007 Murphy defense attorney stated what the buyout property would be used for. It is this green zone for which the judge entered his order and reasons that ....... ... The intent of the buyout program is thus to create a buffer zone between the Murphy Oil refinery and the community and remove the most heavily contaminated properties from residential use.

From the associated press January 4, 2007
http://www.iht.com/articles/ap/2007/01/04/america/NA_GEN_US_Katrina_Murphy_Oil.php

Kerry Miller, a Murphy lawyer, said the area would be turned into a "green zone" to buffer the refinery from neighborhoods.

Times-Picayune (New Orleans)January 5, 2007 FridaySECTION: METRO; Pg. 1HEADLINE: Judge favors settlement in St. Bernard oil spill; Governor at hearing to back residentsBYLINE: By Susan Finch, Staff writer

Murphy attorney Kerry Miller said the buyout price reflects "the absolute top end of the range of real estate sales in St. Bernard" since Hurricane Katrina. Murphy wants to use the purchased property to create a buffer zone of green space between its refinery and residents.

"The green, green grass of our homes"

Showdown: St. Bernard Parish President - Oct. 29,2007Junior Rodriquez and Craig

Taffaro

WDSU -- http://www.wdsu.com/video/144448474/index.html

"There seems to be a name game being played between St. Bernard government, Murphy Oil and residents adjacent to the refinery. At times the residential property bought by Murphy is referred to as "green space" and at other times it's referred to as a "buffer Zone". Green space implies trees, shrubs and flowers while buffer zone implies a space to restrict something unwanted. Which is it that you will work toward." Mike

Jr. - Green space only. Council has the power and ability to pass an ordinance that that's what it will be is green space. That's what we need. CT -- Properties that are being bought out in the buyout zone are zoned R1 which means that there can be nothing but R1 development in that area. Murphy Oil has continued to tell us and the public they're not getting into the housing market at all, so the idea of what that property can be used for is nothing more than what it is now and since it is not a 100% buyout at this point in time, there will be no other development there so it will be green space. Buffer zone means that that's what that green space will be used for."```````````````````````````````````````````````````````````````````"I live on Lena Drive and would like to know about the 4 block area that Murphy Oil destroyed. What are you going to do about t he sidewalks that were pulled up and the streets that were destroyed. Don't beat around the bush. Give us a straight answer." John

Jr. -- Should be repaired because Murphy Oil caused the problem and situation. Murphy Oil will repair sidewalks. That's part of public demand. CT -- Where there are houses, there will be sidewalks. Where there are complete blocks that have been purchased and will be used as that green space in the buffer zone, those sidewalks needed to be removed for the maintenance of that property. But what we're talking about is where there are residents still living between houses there will be sidewalks there. That's not an issue. Murphy is giving us some resistance on that, but that's exactly what we're going to do. Where there are residents there will be sidewalks.

▶ RESPOND to This Message

Note: Posting a message in this frame will return you to the active forum.

## Click to view these responses

7. Land on chalmette side... *by* unostang1, *5/7/08*
    1. I mean, what are they... *by* unostang1, *5/7/08*
    2. court ordered green zone... *by* noboat, *5/7/08*
        1. MOMR Green *by* noboat, *5/7/08*
    3. Thanks for the info *by* unostang1, *5/7/08*

© 2006 New OrleansNet LLC. All Rights Reserved.

### Go to the » St. Bernard/Plaquemines forum
### 49716.4. ditto

*by* noboat, *4/23/08 7:28 ET*
Re: Murphy Lab *by* noboat, *4/23/08*

Thanks to the Planning Commissioners for conducting a respectful public hearing on all dockets yesterday....all dockets were very emotional because IMO domiciled residents are passionate not only about our beloved St Bernard Parish but about assurances that our efforts now are for a better community for future generations.

The big dogs from Murphy were the same ones shaking hands in Fall 2005 on the south of Judge Perez assuring residents there was no oil and there would never be a buyout. They are the same big dogs that stated in federal court that the buy up was for a green zone buffer; they are the same ones who have received a reassessment of property taxes on this green zone buffer. These guys have stated to the council on several occasions that the area is for a grassy green buffer-- that's why we have no sidewalks in the very area they want to turn into their own private industrial corridor.

The big dogs from Murphy are the ones that made the dog chasing the car statement and the herding a bunch of cats statement.

This is how this corporation speaks about people from St Bernard Parish. They dont bother with the white boots and trailer comments; they go straight to their point of view that the neighborhood is the problem. That they cant expand because there is a residential neighborhood there.

OMG as if.

and so far as the herding the cat phrase, I dont even know what that means, but I will tell you that when Murphy first started demolitions of our homes that were full of their crude oil from their negligence, they were sending out crews at 2am and 3 am to trap the stray cats in the houses. What did they do with all the katrina cats?



E-mail This Post

» Forums Help
» User Agreement
» Privacy Policy
» Community Rules
» Contact Interactivity Management

▶ RESPOND to This Message

Note: Posting a message in this frame will return you to the active forum.



**Click to view these responses**

6. Murphy Lab *by* NOMRGO, *4/22/08*
    1. Is this the newly *by* redhot123, *4/22/08*
        1. no *by* NOMRGO, *4/22/08*
            1. So I guess you *by* redhot123, *4/22/08*
                > Changes coming *by* NOMRGO, *4/22/08*
                > What is a Petro Lab... *by* Mitchellpage, *4/22/08*
                > Tanks/lab *by* NOMRGO, *4/23/08*
                > Mitch *by* Carol82, *4/23/08*
                > Yes 2 Years *by* DaLandlord, *4/23/08*
    2. Apparently *by* withabeard, *4/23/08*
    3. they are about as... *by* Carol82, *4/23/08*
    4. ditto *by* noboat, *4/23/08*
        1. I have to ask... *by* ChrisBi, *4/23/08*
            1. April 2007 *by* NOMRGO, *4/23/08*
                > NOMRGO *by* RLaBrosse, *4/23/08*
                > Personal knowledge and... *by* NOMRGO, *4/23/08*
                > P.S. *by* NOMRGO, *4/23/08*
                > Personal experience. *by* RLaBrosse, *4/23/08*

                > Someone was out there *by* ChrisBi, *4/23/08*
                > maybe it was *by* Carol82, *4/23/08*
                > Murphy Cats *by* GalloGov, *4/23/08*
                > so whats the problem... *by* bear5221, *4/24/08*
                > where are the pets? *by* noboat, *4/24/08*
                > this guy is a clown *by* bear5221, *4/24/08*

---

© 2006 New OrleansNet LLC. All Rights Reserved.