UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONCERNED CITIZENS AROUND MURPHY** | * | **CIVIL ACTION** |
| | * | **NO. 08-4986** |
| v. | | |
| | * | **SECTION "R"** |
| **MURPHY OIL USA, INC.** | | **JUDGE SARAH S. VANCE** |
| | * | |
| | | **MAGISTRATE 2** |
| | * | **MAG. JOSEPH C. WILKINSON** |

## ORDER

Considering the Joint Motion to Stay this Lawsuit of Plaintiff, Concerned Citizens Around Murphy, and Defendant, Murphy Oil USA, Inc. (filed October 13, 2010),

IT IS HEREBY ORDERED, that this lawsuit is stayed. The parties shall promptly report to the Court if and when the U.S. District Court for the Western District of Wisconsin enters the consent decree in U.S. v. Murphy Oil, No. 10-cv-00563 (W.D. Wisc.). Similarly, the parties shall promptly report to this Court if the consent decree process suffers significant disruption.

New Orleans, Louisiana this  28th  day of   October  , 2010.

_____
UNITED STATES DISTRICT JUDGE
SARAH S. VANCE